# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAYLON YOUNG BIRD,<br><br>Defendant. | 3:18-CR-30061-RAL<br><br>ORDER FOR<br>TEMPORARY FURLOUGH |

It is hereby

ORDERED that Defendant, Waylon Young Bird, may be released from the custody of the United States Marshals Service to receive emergency medical care and treatment at Sanford Hospital in Bismarck, North Dakota. It is further

ORDERED that upon Defendant's discharge, he shall immediately return to the custody of the United States Marshals Service until further order of a judicial officer of this District. It is further

ORDERED that Defendant shall not violate any federal, state or local (including tribal) law while on furlough in this case. It is further

ORDERED that while at Sanford Hospital, Defendant shall remain subject to GPS location monitoring. Defendant shall be monitored by a probation officer from the District of South Dakota and he shall comply with all District monitoring requirements and instructions. Defendant shall pay all or a part of the costs of the monitoring based on his ability to pay as determined by a probation officer.

DATED this 27th day of December, 2018.

BY THE COURT:

_____
**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**