# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAYLON YOUNG BIRD,<br><br>Defendant. | 3:18-CR-30061-RAL<br><br><br>ORDER GRANTING MOTION FOR TEMPORARY FURLOUGH |

Defendant, Waylon Young Bird, having filed a Motion for Temporary Furlough, Docket No. 73, and the Court having considered said request, it is hereby

ORDERED that Defendant's request is granted. It is further

ORDERED that Defendant may be released from the custody of the United States Marshals Service (Burleigh County Jail in Bismarck, North Dakota) on Wednesday, January 30, 2019, at or after 6:30 a.m. CST on a temporary furlough to attend a meeting with his counsel in Pierre, South Dakota. It is further

ORDERED that Defendant shall return to the custody of the United States Marshals Service (Burleigh County Jail) by 10:00 p.m. or within four and-a-half hours after completion of his meeting, whichever occurs first. In the alternative, Defendant

shall return to the custody of the United States Marshals Service (Hughes County Jail) by 5:00 p.m. or within one-half hour after completion of his meeting, whichever occurs first. Thereafter, Defendant may be released from the custody of the United States Marshals Service at or after 8:00 a.m. on Thursday, January 31, 2019 on a temporary furlough to once again immediately self-report (within three and-a-half hours) to the Burleigh County Jail in Bismarck, North Dakota. It is further

ORDERED that upon Defendant's return to the custody of the United States Marshals Service that he shall submit to testing for prohibited substances as directed by the Probation Office. It is further

ORDERED that Defendant shall remain on location monitoring (GPS), which shall be monitored by the United States Probation Office in Pierre, South Dakota, and shall comply with all program requirements and instructions provided.

DATED this 28th day of January, 2019.

BY THE COURT:

_____
MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE