UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAYLON YOUNG BIRD,<br><br>Defendant. | 3:18-CR-30061-RAL<br><br>ORDER |

The above-captioned matter having come on for a bail review hearing on January 30, 2019, Plaintiff, above named, appearing through counsel, Meghan N. Dilges, Assistant United States Attorney, of Pierre, South Dakota, and Defendant, Waylon Young Bird, appearing personally and with counsel, Katie J. Thompson, of Pierre, South Dakota, and after hearing the statements and arguments of counsel, now, based on the findings and conclusions made by the Court at the end of the hearing and the totality of the circumstances present, it is hereby

ORDERED that this Court's Amended Order of Detention (With Furloughs), Docket No. 71, is revoked. It is further

ORDERED that Defendant may be released on a temporary furlough to self-report to the custody of the United States Marshals Service (Burleigh County Jail, Bismarck,

North Dakota) by 7:30 p.m. CST on January 30, 2019, where he shall remain detained in an appropriate corrections/detention facility (at the discretion of the United States Marshals Service) pending trial or until further order of a judicial officer of this District. It is further

ORDERED that Defendant shall remain on location monitoring (GPS), which shall be monitored by the United States Probation Office in Pierre, South Dakota, and shall comply with all program requirements and instructions provided until he self-reports to Burleigh County. It is further

ORDERED that upon Defendant's return to the custody of the United States Marshals Service that he shall submit to testing for prohibited substances as directed by the Probation Office. It is further

DATED this 30th day of January, 2019.

BY THE COURT:

_____
MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE