# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAYLON YOUNG BIRD,<br><br>Defendant. | 3:18-CR-30061-RAL<br><br>ORDER |

It is hereby

ORDERED that Defendant, Waylon Young Bird, shall forthwith be transported by the United States Marshals Service to Pierre, South Dakota, where he shall remain detained in an appropriate corrections/detention facility pending trial or until further order of a judicial officer of this District.

DATED this 27th day of February, 2019.

BY THE COURT:

_____
MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE