# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2125

United States of America

Appellee

v.

Waylon Young Bird

Appellant

_____

Appeal from U.S. District Court for the District of South Dakota - Pierre
(3:18-cr-30061-RAL-1)
_____

## ORDER

Attorney Katie J. Thompson is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.

May 31, 2019

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
             /s/ Michael E. Gans