# United States District Court
## District of South Dakota
Office of the Clerk
225 South Pierre Street, Room 405
Pierre, SD 57501

Matthew W. Thelen                                                                                    Telephone
Clerk of Court                                                                                        (605) 945-4600

June 21, 2019


Scott Lewandoski
Eighth Circuit Court of Appeals
Thomas F. Eagleton United States Courthouse
111 S. 10th St., Ste. 24.329
St. Louis, MO   63102

Re:         USA v. Waylon Young Bird
Our File:   3:18-cr-30061-RAL-1
Your File:  19-2125

Dear Scott:

Enclosed please find three sealed copies of the Presentence Investigation Report, Objections and Addendum, and Statement of Reasons in the above entitled matter.   Also enclosed are copies of the Pretrial Conference, Jury Trial Transcripts (2 days, Volumes 1 and 2), Sentencing Hearing transcript, and Jury Trial Exhibits 2-4, 8-13, 16, 19, and 21-25.

Should you have any questions, please do not hesitate to contact the clerk's office.

Sincerely,

/s/ *Shellie Krog*
Shellie Krog
Deputy Clerk
Encs.