TO: Honorable Roberto A Lange
8th Circuit Court, District of South Dakota
Pierre, South Dakota 57501 OR

To Whom It May Concern:                    Sept. 11, 2019

Handwritten motion to dismiss my court appointed attorney, Katie Thompson, of the (Olinger Law Firm, 117 East Capital, PO Box 66 Pierre SD 57501) for "Ineffective Counsel."

My court appointed attorney did not represent me to the full extent of her responsibilities, she fell short, what she is required to do.

My attorney on several occasions should have fought against and/or objected to various arguments and evidence that were entered into records against me.

Consequently, the sentence by the judge was based at least in part, on this improper or incorrect information/evidence-perjury of witnesses.

My attorney did not adequately define my role in these activities, she allowed the court to assume, my role was greater than it actually was.

My attorney did not disclose or fully disclose the ramifications of actions by the prosecution and court. I was made to feel obligated to agree with whatever the prosecutor said.

My first court appointed attorney Katie Huska or second Katie Thompson did not review or explain what was written in the plea agreement.

My attorney did not fully disclose my appeal rights. Had she fulfilled her obligations properly, I would have recieved a fair sentence in accordance with my degree of fault and guilt, rather than the overly inflated sentence that was given.

Sincerely,
Waylon Young Bird
WAYLON YOUNG BIRD

SEPT. 09, 2019

1. THAT THE MERITS OF THE FACTUAL DISPUTE WERE NOT RESOLVED IN THE TRIAL.

2. THAT THE FACT FINDINGS PROCEDURE EMPLOYED BY THE COURTS WAS NOT ADEQUATE TO AFFORD A FULL AND FAIR TRIAL. ONLY FRAUD AND CORRUPTION.

3. THAT THE MATERIAL FACTS WERE NOT ADEQUATELY DEVELOPED AT TRIAL.

4. I WAS DEPRIVED MY CONSTITUTIONAL RIGHT, FAILED BY COURT APPOINTED ATTORNEY IN VIOLATION OF 6TH AMENDMENT OF US CONSTITUTION TO THE STANDARD OF IN-EFFECTIVE ASSISTANCE OF COUNSEL, STRICKLAND VS. WASHINGTON 466 US 668, 80 LED 2d 674 104 S CT 2052 (1984)
MY CASE WAS PREJUDICED BY MY ATTORNEY'S DEFICIENTLY BECAUSE OF ERRORS. THE PROCEEDINGS WOULD HAVE BEEN DIFFERENT FOR THE FOLLOWING REASONS - FEDERAL AGENT CODY NORMAN AND TRIBAL OFFICER JEREMY REEDE OF THE CHEYENNE RIVER SIOUX TRIBE, IN VIOLATION OF THE UNITED STATES CONSTITUTION LAWS OF TREATY OF THE UNITED STATES.

5. THEN I WAS OTHERWISE DENIED DUE PROCESS OF LAW AT TRIAL AND THE FACTS ARE NOT SUPPORTED BY RECORD.

SINCERELY,

Waylon Johnny Bird

WAYLON M. YOUNGBIRD
04082-073

Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

TO: HONORABLE JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURT, DISTRICT OF SOUTH DAKOTA
C/O CLERK OF COURTS US FEDERAL BUILDING
225 S. PIERRE, SD 57501

Special MAIL

SPRINGFIELD MO 658
19 SEP 2019 PM 3 L