HONORABLE JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURT DISTRICT OF SOUTH DAKOTA
C/O CLERK OF COURTS
US FEDERAL BUILDING
225 S. PIERRE SD 57501

18-30061

DECEMBER 07, 2019

Judge Roberto A. Lange

I AM WRITING TO YOU TO UPDATE MY PROGRESS AND WELL BEING HERE. ITS BEEN VERY HARD BEING HERE, MY FOOT BARELY HEALED, BEFORE, THE MEDICAL STAFF HERE, WAS TRYING TO CUT MY FOOT OFF, I WOULDN'T LET THEM. THIS PLACE IS CONSIDERED THE WORST FEDERAL MEDICAL CENTER IN THE UNITED STATES. MEDICAL CARE IS VERY POOR HERE, INMATES ARENT GETTING THE PROPER MEDICAL CARE THEY NEED, LIKE ME. INMATES ARE DYING AT A HIGH RATE, EVERY MONTH. 4 DIED THIS PAST MONTH AND CONTINUE TO, EVERY WEEK. INMATES ALSO, ARE DYING FROM A DRUG CALLED K-2, by OVERDOSE. THE KITCHEN WHERE EVERYONE EATS, ARE COCKROACHES AND MICE, lots of MICE droppings by OR ON THE FOOD THEY SERVE HERE. THERE'S ALOT OF ASBESTOS AND MOLD, SOME IN THE OPEN, MOST OF IT COVERED UP BY paint OR PANELS. RESTROOMS ARE DIRTY, NURSES ARE RUDE & DISRESPECTFUL, LIKE THE GUARDS HERE. I GOT A COUNSELOR AND A CASEWORKER WHO ARE NO HELP AT ALL, THEY ARE JUST INTERESTED IN KEEPING INMATES HERE. IM IN THE CUSTODY OF THE FEDERAL GOVERMENT, AND I FEEL I SHOULD BE IN A BETTER PLACE, FOR BETTER CARE FOR MY MEDICAL NEEDS, THERE'S SOMETHING BAD GOING ON HERE AND I DON'T WANT TO DIE HERE. I SEE A LOT OF UNPROFFESIONAL CONDUCT GOING ON, AND ALOT OF INMATES ARE SERIOUSLY ILL AND NEED PROPER MEDICAL ATTENTION. I'VE BEEN ASKING if we DIALYSIS PATIENTS ARE PUT ON A KIDNEY DONOR WAITING LIST, DIALYSIS STAFF SAY THEY DONT EVEN DO KIDNEY TRANSPLANTS. I FEEL LIKE YOU SENT ME HERE TO DIE. ? WELL I DONT PLAN OR WANT TO DIE HERE. I'D RATHER BE HOME AND DIE AROUND FAMILY & RELATIVES.

I hate to say but this place is very prejudice towards minorities, all white staff work here, you dont see other minority guards or medical staff employed here. Reminds me of a old plantation operation.

I feel like you know about the conditions here already and if you think I belong here, I dont. My crime was petty, I aint no big time criminal as portrayed in your court, I'm from a Indian Reservation, where its very hard to live and we are not considered part of a white society, still considered a prisoner of war on Indian Reservations. My grandparents raised me traditional and to be spiritual, also taught not to trust the federal goverment because of our past Indian wars.

I try very hard to see past all my learning, because we live in a new age, with times changing all the time. Alcohol and drugs are a big factor on our reservation. Some people get stuck in this cycle because of the living conditions, living below the poverty level, losing our culture, traditional ways, and our most valued relatives.

I consider myself a good person, from a very good family on both sides of my dads + mothers family. My grandparent never-ever did use alcohol or drugs. Myself, I got caught up using both to medi-cate the abuse, abandonate issues, + loss of my grandparents who raised me. I've been to treatment for alcohol + drugs and learned about historical trama we were put thru. I think about your court system, your goverment has for us natives. I feel I could of just used some treatment and counsoling to help me along and get back on the right road, instead of always locking us away for being a bad indian. Our lives matter, my life matters to my people and relatives.

I must be toward the end of my life soon, because I think of God and how forgiving he is, I've been forgiving and trying to make amends to people I've hurt. A year before my indictment and the attempted murder on my life, I quit using alcohol + drugs, it was a eye-opener to my life + health, it was a little to late, it should of been sooner.

I'm still in practice of my traditional & spiritual ways here, thru sweat ceremonies and heavy prayer in Catholic Church, trying to survive what I'm going thru to see my family again. My four daughters and only son I have, who needs me, my grandkids and handicapped sister Stacy Joy, who I miss very much.

It's very hard for me and most of my people, to ask for anyones help, because we were raised this way. Today I ask you, for your compassion and mercy to have pity on me, to help me out of this place, you have the power and authority to do so. My mother has been back in me and my sisters lives, since my grandparents passed away. My grandmother always asked us to forgive who all hurt us. My mother ex-husband molested my handicapped sister and got a lot of time for that. My mother chose his side and waited many years for him. By the time he got out, my grandmother asked me to forgive both of them, before she passed away, and not to do anything to my mother ex-husband, when he got out. It was very hard not to do anything for hurting my sister, I care so much for, and stuck up for her, all my life. Grandma said she didn't want me to go away over him, God will deal with it, leave it to Him. He ended up, leaving my mother. I forgave both of them. My mother is elderly now and hasn't been with anyone since then. My little brother, that was his father, my brother looks after my mother right now, I did too. She's all I got now. My Aunty Jolynn takes care of my sister Stacy now, in Rapid City South Dakota.

I'm so far from home and family, my family really can't afford to come visit me. I'm barely putting up with other inmates, that are going thru thier own problems accepting thier medical condition, the guards & nursing staff having power trips, giving us a hard time. I pray hard for us all to find peace. I don't get into trouble or get any write-ups, because I wanna do good and see my family again.

Your Honorable Judge Roberto A. Lange, please help me, it probly be 1 in a million but you won't regret it, I'll do good for the rest of my time on earth, so tired of suffering.

Thank-you for your time sir! God bless you.

I WOULD TYPE THIS LETTER TO YOU but don't HAVE ACCESS TO A TYPEWRITER OR KNOW HOW TO TYPE TOO GOOD. HOPE YOU CAN READ MY WRITING.

Respectfully, Sincerely,

*Waylon Young Bird*

WAYLON YOUNG BIRD

WAYLON YOUNG BIRD
#04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

TO→ HONORABLE JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURT, DISTRICT OF SOUTH DAKOTA
C/O CLERK OF COURTS, U.S. FEDERAL BUILDING
PIERRE, SOUTH DAKOTA =57501=

=LEGAL MAIL=



LEGAL MAIL