Honorable Judge Roberto A. Lange
8th Circut Courts District of South Dakota
Pierre, South Dakota

Jan 24 2020

Dear Sir, just a few lines to let you know how I'm doing. Over 30 days ago, I got into it with 3 black guys, that been giving me a hard time. One of the guys came up to me and hit me on the side of my face, the two others closed the dorm unit door, so the guard or nurse couldn't see what was going on, I thought I was going to be jumped or beat up. They all were at my bed area, the guy that hit me, wanted me to apologize or he was going to kill me, I guess he said I called him a name. I was changing my clothes to put them into the laundry cart. They were calling me names, cause I was changing in front of them. I sat on my bed after he hit me, they all stood around me, he kept trying to hit me again and apologize, I blocked his other hits and told them to leave me alone. They backed off and left me alone but blocked my way out. So I continued to get my laundry ready for wash. After a little while, they moved away from my bed, so I grab my laundry, and left my lock in my sock, in my locker, and went down to the office to ask to be moved because I didn't feel comfortable there in that area. No guard there so I asked the nurse to help me. The guard came back, so I told him what happened, other guards and the lutienant, took my report and took the guy that assualted me to lock-up. Then took pictures of my face. And said I had to go lock-up too, for a investigation, say its a procedure. I thought I was doing the right thing by reporting the incident. This happend Dec. 15 2019 and I'm going crazy still sitting here in lock-up. I feel I'm at the bottom of the barrel. I started a new life, turning my life to God, Lord Jesus. I'm being mistreated as a dialysis patient, barely handling it in this lock-up. A investigator came a week ago, told him what happened. He said he was going to talk to the other guy. I let him know, he didn't hurt me and I don't want to have any bad feelings toward anyone, I'm not like that anymore. I also told him, I dont wish for him to be locked-up and had no problem with him. He said ok, help you get out Friday. That was last Friday. The chaplain, has been coming to see me, cause I haven't been to →

church or sweat lodge. We say prayers and says to hang in there. I told him of my past and wanting change, right or wrong I'm forgiving people that I hurt or that hurt me. The guards say their just waiting for signatures and I can go back to my unit, that was last week. Something about the holidays put things behind. I am having a lot of anxiety and depression. I'm not allowed any phone calls or commisary. I know my family must be worried, because I usvally call almost every day. The guards and nurses are rude, and don't like to be bothered by anyone, its hard living like this. I do alot of praying for everyone, even you to have mercy for me and others. Just knowing Gods presence, keeps me strong enough to keep myself from going insain. I know my life matters, just got to keep on straighting the red road. When I first got here, I wrote to the President of the United States and his staff wrote me back a couple months later. They say they will get my letter to him. That was a big surprise to me. I wrote him again about having a dream he was still president, after the impeachment. I wrote to Meade County in Sturgis SD, to give me another chance, if I was to get out. I got the money to pay my fines off, my tribe says they will help me. Its my hope that you can help me. One day, people can change for the better. I help a lot of people, I've met in church here. I'm in a wheel chair for now, but will prably need a walker from now on. My health seems to be getting worst but I know I need dialysis to live. I'm not scared to die anymore, but I'm concentraten on getting out to spend my last days serving God and being with my family. Some days I can't even get out of bed and worry about how much longer I got left to live. I often have bad dreams of those guys who came into my home and stabbed me up. Trying to work on that issue, with a counsoler. I miss my sister Stacy in Rapid City and worry about my elderly mother too. I still would like a chance to be on house arrest in Pierre, I can rent my own place there and go to dialysis there. I would do nothing but good for myself. Nothing going on here, with this overcrowding and understaffed. And the health care would be better for me, than here. I'm tired of suffering. The chaplain gave me a idea to write a book about my life, and turning to God as my savior. It may help others going thru similar issues.

My family on my dads side, wants me to come back to North Dakota, they are good people. My aunty mom Joann Young Bird are close to me, I worry about her, she's sickly with cancer. After my assault, that happened to me in Eagle Butte, it wasn't over a drug deal gone wrong. It was over Lori Bobtail Bear, I owed her money. Bevan Garcia + her son Payton Barrett just came after me cause I got mad at her cause I couldn't pay her for cleaning up for me. And Bevan BF was her new boyfriend, she didn't tell him I was just her friend. Anyway after that happened to me, my aunty Joann, wanted me out of Eagle Butte, so she paid for my rent + deposits, thats why I moved to Mandan ND. I quit everything there, my land-lord was a preacher and was helping me too. I didn't know I was indicted then, til I went to check on my mother in Eagle Butte, I got stopped and took to Pierre. My dads 5 sisters, my aunts all look after me, they all never drank or did drugs. They are devoted church goers. I try not to ask for help from them + I'm the oldest grandkid/son on my dads + mothers side so they always looking after me, I have much respect for them, They know I'm a good person at heart. I miss them alot. God showed me, everyone deserves a second chance, maybe you can be the judge, to be the first to help a Native American a second chance? I'm so proud of being an American Indian and descendant of some famous chiefs. Even tho, we have history between white and Indians, we are still people, my grandparent taught me to be forgiveful, and to be humble, spiritual. Not all people are bad, some just make a few mistakes and need a boost in the right direction, I'm on that path. God, Lord Jesus has given me faith that I will find a second chance soon, so thru the grace of God I keep praying and will continue to follow His spiritual ways to find freedom + happiness again. The chaplain came to see me again, says I be back on population, they were just concerned for my safety with the other guys involved and me reporting them. I let them know I'm not afraid to face them. Well sir I better get this in the mail and hope it reaches you in a good way. God bless you + family.

Sincerely,
Waylon Young Bird

Psalm 23
John 3:16  1-26-20 Kobe Bryant
R.I.P

My Indian Name - Wolfchief

## LETTERS TO THE EDITOR

# Meth destroys lives and families, is not the Lakota way

Dear Editor,

My name is Waylon Young Bird I am an ex-member of CRST. This is an apology letter to the people, family, and friends of CRST to say I am very sorry to everyone I've hurt through my drug and alcohol use. I was addicted to methamphetamine (crystal meth) and alcohol, a legal drug. Both are very hard to get off, there in the free world.

I have disappointed a lot of my people, and carry a lot of shame and regret.

For the people that are still suffering, there is help out there and family that care for you. It sometimes takes someone else to see you need help, if you can't see yourself. This drug and alcohol use is not our traditional or cultural ways, at all. These drugs destroy families and your health, it has taken quite a toll on my health and well-being.

I used to take drugs because of changes in my way of life, to fit in, escape or relax, relieve boredom, to rebel against family problems or just to experiment. Loss of loved ones was a major one to me.

Whether you inhale, smoke, inject or take it orally, it is dangerous. You may develop a strong desire to continue using it because the drug creates a false sense of happiness and while it brings a rush (strong feeling) of confidence, hyper activeness and energy, it results in loss of appetite, rapid weight loss and teeth too.

The first experience might feel pleasurable, but it's just the beginning of a user's life being destroyed. This drug is used by all ages, youth and older people, people who work near you, stores, shops, offices and even law enforcement, are people who use but all try to fool themselves and others. But eventually, it will catch up with the user sooner or later, it is highly addictive.

I am not taking studies to how it affects the health and destroys families and lives. I am in Narcotics Anonymous and AA meetings, and could use some support. If you would like to write me to give encouraging words or if you have any questions that may help you in any way, please write.

Meth only leads to problems, hospitals, or death. And if you continue to use, you may end up in trouble with law, in court, treatment, or prison. Think of your kids and family because you may not receive a second chance. Thank you! Take care of each other.

To write and support or if you have any questions, here is my address:

Waylon M. Young Bird #04082-073
Medical Center for Federal Prisoners (MCFP)
P.O. Box 4000
Springfield, MO 65801

*Sincerely,*
*Waylon Young Bird*

WAYLON YOUNGBIRD
04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000



TO: HONORABLE Judge ROBERTO A LANGE
8TH CIRCUIT COURTS 6. FEDERAL Building
C/O CLERK OF COURTS - SOUTH DAKOTA District
PIERRE, SD. =57501=

LEGAL MAIL

LEGAL MAIL