HONORABLE JUDGE ROBERTO A. LANGE
  8TH CIRCUIT COURTS
STATE OF SOUTH DAKOTA
PIERRE, SOUTH DAKOTA 57501

18-30061

FEB 01 2020

SIR,
    JUST A FEW LINES TO LET YOU KNOW I WAS LET OUT LOCK UP ON THE 28TH
OF JANUARY. NO CHARGES OR DISPOSITIONS, SO I SAT 35 DAYS OF CRUEL
AND UNUSUAL PUNISHMENT FOR NOTHING. I GUESS IT TEACHES ME NOT TO
REPORT ANY WRONG DOING THAT HAPPENS TO ME.
    DURING THE INVESTIGATION INTERVIEW, I TOLD HIM I WAS ASSAULTED
BY A BLACK GUY NAME JACKSON, AND THOUGHT HIS TWO OTHERS WERE GOING
TO JUMP IN, BUT THEY JUST HELD THE DOOR SO I COULDN'T LEAVE.
    I ALSO TOLD HIM, THE GUY DIDN'T REALLY HURT ME, AND DIDN'T WANT HIM
LOCKED UP BECAUSE I FORGIVE HIM, AND DON'T WISH THIS LOCK-UP ON
ANYONE, IT IS VERY HARD ON DIALYSIS PATIENTS, ESPECIALLY LEAVING YOU
LOCK-UP, NOT CHECKING ON YOU, NO SHOWERS OR CHANGE OF CLOTHES, VERY
LITTLE TO EAT. I WAS ALSO OVERDOSE BY A NURSE, GIVING ME TOO-
-MUCH INSULIN AND BLOOD PRESSURE PILLS (NEW) I PASSED OUT THAT DAY
AND WOKE UP IN NURSE OFFICE, SLAPPING ME AWAKE. MY LOW SUGAR AND
BLOOD PRESSURE WOULDN'T COME UP FOR QUITE A WHILE, I WAS MOVED TO
MEDICAL LOCK-UP, WHERE IT WAS JUST A TAD BETTER. BESIDES ALMOST DYING
I SURVIVED, IF I COULD, I WOULD LIKE TO FILE A LAWSUIT AGAINST THIS PLACE.
I TALKED TO A COUPLE PEOPLE ABOUT A LAWSUIT, BUT WAS TOLD IT BE A WASTE OF TIME
BECAUSE THESE PEOPLE HERE ARE ALL RELATED, FAMILY WISE, AND WOULD ONLY
STICK-UP FOR EACH OTHER AND DENY EVERYTHING. SO FOR NOW, I CAN ONLY TRY TO
FORGIVE AND CONTINUE TO MOVE FORWARD POSITIVELY IN A GOOD WAY.
    I WAS PUT BACK ON THE SAME UNIT 1-3, WHERE EVERYONE'S CALLING ME A SNITCH AND
THE TWO OTHER GUYS THREATED ME. THEY LET THE GUY THAT ASSAULTED ME OUT OF
LOCK UP TOO, BUT PUT ON A DIFFERENT UNIT. SEEMS LIKE NEVER ENDING NIGHTMARE.
    ANYWAYS, I'M BACK IN NA + AA, AND WAS AWARDED A CERTIFACT FOR MY
ATTENDENCE. MY P.A. PAZERA + DOCTOR LEAR SAYS, THEY CAN WRITE A LETTER
TO YOU, OR WHOM IT MAY CONCERN FOR ME. I CONTINUE TO PRAY THAT THINGS WILL
WORK OUT FOR ME. GOD BLESS YOU SIR.
                                    SINCERELY, Waylon Youngbird

WAYLON M. YOUNG BIRD
#04082-073
**Medical Center for Federal Prisoners**
**P.O. Box 4000**
**Springfield, Missouri 65801-4000**

SPRINGFIELD MO 658

03 FEB 2020 PM 3 L



TO, HONORABLE JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURTS, STATE OF SOUTH DAKOTA
U.S. FEDERAL BUILDING c/o CLERK OF COURTS
PiERRE, SOUTH DAKOTA
= 57501 =

= LEGAL MAIL =



≡LEGAL MAIL≡