HONORABLE JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURTS DISTRICT OF SOUTH DAKOTA
U.S. FEDERAL BUILDING c/o CLERK OF COURTS
PIERRE, SO DAKOTA 57501                    FEB. 20, 2020

GREETING SIR, JUST WRITTING YOU A FEW LINES TO LET YOU KNOW HOW THINGS ARE GOING WITH ME. RECENTLY WE'VE BEEN ON A QUARATINE LOCKDOWN FOR A FLU LIKE VIRUS GOING ON HERE, ON OUR UNIT. TWO WEEKS QUARATINE AND YESTERDAY WAS THE LAST DAY, SO NOW WE ARE BACK TO NORMAL.

I JUST GOT BACK FROM NARCOTIC ANNOYMOS AND RECIEVED ANOTHER CERTIFICATE FOR JANUARY, I FELT BAD, BECAUSE THE LADY THAT HOLDS THE MEETINGS, IS GOING THRU THROAT CANCER SURGURY, FOR THE NEXT TWO WEEKS, SO NO MEETINGS TIL SHE COMES BACK, I SAID I WILL PRAY FOR HER, SHE SAID, THANK YOU YOUNGBIRD, I'M GOING TO MISS YOUR SHARING IN MEETINGS.

I OFTEN THINK OF MY AUNTY, MOM, JOANNY B, STILL IN HOSPITAL IN MINIAPOLIS AND WHEN I'M GOING TO GO THRU IT, BECAUSE IT COMES WITH DIEBETES, AND DIALYSIS. I MISSED TWO WEEKS OF CHURCH AND SWEAT LODGE BUT BEEN PRAYING HARD AND TRYING TO READ THE GOOD BOOK.

I CAN SAY A FEW GOOD THINGS HAVE BEEN HAPPENING TO ME, THRU WORD JESUS, ONE IS, A COUPLE SAW MY APOLOGY LETTER, IN THE LOCAL NEWS- PAPER, ABOUT ME HAVING A REPENTANT HEART, ON THE THINGS I'VE DONE IN THE PAST. HER AND HER HUSBAND MOVED TO EAGLE BUTTE, HER HUSBAND IS THE PASTOR FOR THE 1ST BAPTIS CHURCH, AND SHE TEACHES 5TH GRADE IN EAGLE BUTTE, UPPER ELEMENTARY. IT MADE ME FEEL GOOD INSIDE, TO KNOW GOD IS LOOKING OUT FOR ME.

AND A FEW MONTHS AGO, I PUT IN FOR A CLEMECY PARDON, THEN MY CASE- WORKER CAME TO MY UNIT TO SIGN A RELEASE OF INFORMATION, FOR THE LETTER HE GOT FROM THE PARDON BOARD TO LOOK AT MY PROGRESS AND MED- ICAL CONDITION. THEN RIGHT AFTER WARDS WAS WATCHING NEWS, AND TRUMP PARDON 11 PEOPLE AND EXPECTED TO PARDON MORE PEOPLE LATER.

ANOTHER THING IS, FINALY GOT TO HEAR AND CALL MY ONLY SON, ETHAN JAMES Y.B. ITS BEEN OVER A YEAR SINCE I LAST HEARD FROM HIM;

HAS BEEN IN FOSTER CARE, AND THE FOSTER PARENT WERE TEACHING HIM TO BE ON HIS OWN THERE IN PIERRE, NICE PEOPLE, I MET THEM. SINCE THEN, I'VE BEEN HELPING AS MUCH AS I COULD. ME AND THE FOSTER PARENTS, DON'T WANT HIM RETURNING TO THE RESERVATION, FOR FEAR HE MAY GET INTO TROUBLE.

HE IS LOST, NOT NOING HIS CULTURE AND WHO ARE HIS RELATIVES. HIS MOM DIED A FEW YEARS AGO IN EAGLE BUTTE, AND I'M THE ONLY PARENT LEFT. I LOOK FORWARD TO SEEING HIM AND SPEND TIME WITH HIM AND TEACH HIM A BETTER WAY OF LIFE, THRU JESUS OR WANKA TANKA (SAME)

I HAVE NO BAD FEELINGS TOWARD ANYONE, SINCE I FOUND THE HOLY WAY OF LIFE, I WAS JUST GOING TO ACCEPT THE WAY THINGS ARE AND GIVE UP HOPE, BUT GOD SAYS, HE WILL HELP ME, TO GET TO MY GRANDKIDS + KIDS, AND FAMILY BEFORE ITS TO LATE, SO I BELIEVE IN HIM, NOT ONLY DO I DESERVE A SECOND CHANCE BUT EVERYONE DOES TOO.

EVEN THO I'M GOING BLIND NOW AND NEED EYE SURGURY, A BUMP ON MY HEAD THAT WONT GO AWAY, HOPING ITS NOT A TUMOR. 13 DIFFERENT PILLS I'M ON NOW, AND HAVING TROUBLE AT WITH DIALYSIS. I'M FINALLY OUT OF MY WHEELCHAIR & WITH WALKER, AND IN PHYSICAL THERAPY, TRYING SO HARD TO STAY ALIVE CAUSE KNOW ONE CARES ABOUT KNOW ONE HERE, THIS QUARINTINE WAS A SCARE OF THE CARONA-VIRUS HIT HERE, THE GUARDS BRINGING IT HERE,

I PRAY YOU MAKE THE RIGHT JUDGEMENTS ON ALL YOUR CASES, IT MUST BE HARD TO DECIDE, I KEEP UP ON THE FEDERAL COURT DOCKET THRU THE PAPERS AND COMPUTER, THANK YOU FOR YOUR TIME AND GOD BLESS YOU!

WAYLON M. YOUNG BIRD
#04082-073
MCFP POBOX 4000
SPRINGFIELD, MO 65801

Sincerely,

Waylon Young Bird

WOLF CHIEF.

Waylon M. Young Bird
04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000



To HONORABLE JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURTS - DISTRICT OF SOUTH DAKOTA
U.S. FEDERAL BUILDING C/O CLERK OF COURTS
PIERRE, SOUTH DAKOTA =57501=

=LEGAL MAIL=