DATE REVIEWED: 12/5/19

INSTITUTION: USMCFP Springfield  UNIT: 503
INMATE NAME: Young Bird, Waylon  REG NO: 04082-073

FIRST STEP ACT (Circle One):   ELIGIBLE   /   **INELIGIBLE**

RECIDIVISM RISK LEVEL (Circle One):   MINIMUM   **LOW**   MEDIUM   HIGH

R. Martinez
Case Manager



# ALCOHOLICS ANONYMOUS & NARCOTICS ANONYMOUS

*Waylon Young Bird 04082-073*

## Certificate of Attendance
## January 2020

January 31, 2020
DATE

SPONSOR

SECRETARY

# CHOOSING MERCY

**FRI FEB 14 2020**

**READ Colossians 3:12-17**

*What does the LORD require of you? To act justly and to love mercy and to walk humbly with your God.*
— Micah 6:8 (NIV)

I think often about the meaning of Micah 6:8. I love justice, but if justice were up to me, few people would get a second chance. When criminals are pardoned from a hearing because of their declining health, I want them to go to the hearing anyway — if they made someone suffer then I want them to suffer the consequences. In those moments, I realize that my love of justice is more like a love of retribution. But when I long to see someone punished, am I loving mercy as God calls me to do? When we love mercy, we can rest secure in knowing that God is the perfect judge who will make things right.

As Christians, we can show God's love and grace to the world by being in the business of second chances. Loving mercy, even when it's painfully difficult to do so, is an opportunity to show someone else God's love for us.

> **THOUGHT FOR THE DAY**
> I reflect God's gracious love when I show mercy.

*Prayer:* Dear God, we thank you that you are a God who gives second chances. We pray that you will strengthen us to do the same for others. Amen.

February 6, 2020

Dear Waylon M. Young Bird,

I saw the letter that you wrote to the editor of the West River Eagle. I was very touched about your repentant heart for the things you had done in your past.

I'm not sure if we have ever crossed paths, so I will introduce myself. My husband and I moved to Eagle Butte June 27, 2011. We moved from Louisville, Kentucky. He is the Pastor of First Baptist Church Eagle Butte, and I teach 6th grade at the Upper Elementary School. I was pretty reluctant moving here, since I am a city girl at heart. South Dakota, and Cheyenne River, grew on us very quickly, and now we couldn't imagine living anywhere else.

My husband and I don't have any children, but stay pretty busy with the kids from school and church. I am one of three siblings, my brother and sister are twins. My husband is the baby of his family, with two older brothers. He is originally from North Carolina.

We would love to know more of your story. Thank you for writing to the people of Cheyenne River.

Sincerely,

Ben and Tiffany Farrar

P.O. Box 220

Eagle Butte, SD 57625

P.S. Are you allowed to receive books?

Ben & Tiffany Farrar
P.O. Box 220
Eagle Butte, SD
57625

BISMARCK ND 585
10 FEB 2020 PM 1 1

53

Waylon M. Young Bird
#04082-073
Medical Center for Federal Prisoners
(MCFP)
P.O. Box 4000
Springfield, MO 65801