HONORABLE JUDGE ROBERTO A LANGE
8TH CIRCUIT COURT DISTRICT OF SOUTH DAKOTA
U.S. FEDERAL BUILDING C/O CLERK OF COURTS
PIERRE, SOUTH DAKOTA 57501                                MARCH 05, 2020

GREETING SIR,

JUST A FEW LINES TO LET YOU KNOW HOW I'M DOING. TODAY I FINISHED A RDAP DRUG + ALCOHOL PROGRAM AND RECIEVED A CERTIFICATE FOR COMPLETING THE COURSE, AND I'M SENDING YOU A COPY. I'VE BEEN LEARNING ALOT FROM NA + AA, RDAP PROGRAMS, HOW DRUGS + ALCOHOL EFFECTED MY LIFE USING, AND HOW IT LED ME HERE. LIKE I SAID BEFORE I'VE CHANGED MY WAYS. I DECIDED TO FOLLOW GODS WAYS AND WANT TO FOLLOW THE RED ROAD TO RECOVEREY AND KEEP MY SOBRIETY FOR THE REST OF MY LIFE, IF I AM GIVEN THE CHANCE TO BE OUT IN SOCIETY. AS YOU PROBLY KNOW, THIS PLACE HAS DRUGS + ALCOHOL TOO, I WAS OFFERED TO USE, BUT I DECLINED BECAUSE I'M SERIOUS ABOUT QUITTING THE USE OF DRUGS + ALCOHOL, AND DON'T WANT ANY TROUBLE AT ALL. THEY ALSO DO RANDOM ALCOHOL + DRUG TESTING HERE, ALOT OF INMATES GET CAUGHT, AND THERE'S BEEN SOME OVERDOSES OF K-2. ANYWAY I WISH YOU COULD UNDERSTAND THAT I'M SERIOUS ABOUT ENDING MY USE OF DRUGS + ALCOHOL AND WOULD LIKE A SECOND CHANCE IN SOCIETY TO BE WITH MY FAMILY. I'VE LOST ALOT TO MY USE, MY HEALTH, MY WIFE (DECEASED), KIDS, HOUSE, OTHER FAMILY MEMBERS, SPIRITUALITY, SELF-RESPECT, AND MOST OF ALL, FREEDOM TO DO WHAT I SHOULD BE DOING, STAYING ON THE GOOD ROAD.

MY HANDICAPPED SISTER STACY JOY YB WROTE TO ME LAST WEEK, MY AUNTY JOLYNN LITTLE WOUNDED TAKES CARE OF HER NOW. MY OTHER SISTER TILL YOUNG BIRD DIED IN A CAR WRECK A FEW YEARS AGO. STACY + ME ARE VERY CLOSE AND SHE WRITES HOW SHE MISSES ME AND HAVING A HARD TIME WITHOUT ME, ALSO MISSING MY SISTER, GRANDPARENTS, UNCLE THURMAN, WORRIED ABOUT OUR AUNTY MOM JOANN WHO SICK IN THE HOSPITAL IN MINNIAPOLIS, RECOVERING FOR HAVING HER KIDNEYS REMOVED, FROM CANCER IN THEM. MY SISTER IS VERY SPECIAL, YOU WOULD LIKE HER IF YOU EVER MET HER, ALWAYS HAPPY. SIR, I'M NOT PERFECT IN ANY WAY, BUT I'M KIND, GOOD HEARTED AND VERY CONSIDERATE OF OTHERS, I KNOW I DID WRONG, I HAD A ROUGH LIFE GROWING UP, MY GRANDPARENTS RAISED ME TO BE A GOOD PERSON. WHEN THEY LEFT US, OUR WHOLE FAMILY KINDA FELL APART. I STILL MISS THEM VERY MUCH, AND PRAY FOR THEM DAILY, I'M NOT A BAD PERSON, JUST WANT TO BE GIVEN A SECOND CHANCE TO PROVE I CAN DO RIGHT. THANK-YOU FOR YOUR TIME SIR, GOD BLESS!

SINCERELY, WAYLON YOUNG BIRD

Stacy J. Youngbird
1120 Racine St
Rapid City, SD 57701

RAPID CITY SD 577
17 FEB 2020 PM 1 T

S03

Waylon Youngbird
# 04082-073
Medical Center for federal prisoners
PO BOX 4000
Springfield, Missouri
65801

6580184000

Stacy J. Youngbird
1120 Racine St
Rapid City, SD 57701

S03

Waylon Youngbird
# 04082-073
Medical Center for federal prisoners
P.O. Box 4000
Springfield, Missouri
65801

Dear Boro Waylon,

Just let you know well I'm doing fine. Than I missed rideing with you in the pick-up very much. It is so hard without you hear. I helped Auntie Jo keep her house clean. Hows Auntie JoAnn doing is she geting better I wish I be with her. How's Auntie Noreen doing. I missed sister Jill Dad Grandma + Grandpa Uncle Darryl very much. than I missed Grandma st Grandpa stoot Uncle Thunder very much. Auntie Dot still working out town she makeing money than she get a room. the wather look cold out there. so how's the wather where you at. Do you call from on her phone to talk to her How's she doing. David's girl Birthday cameing up she is so happy for it. her + Nate u geting tall they still go to school we got new cat he is A boy he love to give kisss than play with you when you want play with him

I missed sister Jill's girls
& my boy I don't hear from
them at all. when you get
out from that place you
going to go to Mandaree at
Auntie Noreen's to get your
mail from her. than where
you going to live you
could move with us.
Nate N. don't sleep in this
room David's & Doosh
sleeping here. thair sons
and + Boys come to the
house to play games
on T.V. Sonya & his place
his woman stay with him
Baby's kids go back there
they go to school so on
have to take them to
school. sister Toni + her
Boy Travis + Kids + Baby came
on Friday night to the
when to go check in the
room than Auntie got
Boyfriend make supper
for Travis's Birthday on
Sturday night. than they
when home Monday to
Bismarck. pick-up is
doing fine at the house.
I'm watching it for you

Dear Boro Way 10N,

Just let you know well I'm doing fine. I got TV in my room than we got new cat. He is Ash. When you get out from that place than that when you have to set in there than I don't hear from sister Lisa at all. I get worry. But than do you hear from Auntie JoAnn. I just missed Dad Grandma + Grandpa + sister Jill + sister Linda very much. I wish you could get out. It is so hard with out sister Jill + you + Dad Grandma + Grandpa + sister Linda Kay. I got to hung out with Auntie Raven than at the room. How's your girls + the baby + your son doing. Auntie Jo + I when + ed sister cousens out. I got to see her there than Auntie Jo take me out for Lunch. Auntie Jo use your pick-up to work. Her car didn't work. So do you get to hung with your friends. I keep pray for you to get out.

Do you call mom on her phone? How are they doing. Sister Cause I'm going to be taken as because she going to get some help. Will try to stay out of the house clean for Auntie Jo. Well she is out working 2 jobs. I school I don't hear from Auntie Jo at this at all. Nate is sleeping in my room. He don't sleep in his room than Dakota's girl sleep in there. She got to see her mom Terri she is with some guy name Walton. He is 16. How long you get to stay up in that place. Do you got roommate to stay in there with you. Sister Toni Rain is going to be hear on this Friday Travis going to bring her to visit us. Auntie Jo don't stop by at the house. I don't get to see her much. Your pick-up doing fine. I watch it for you. You take care okay.

Love
Sister STACY Joy Youngbird

Dear Boro Waylon,

Just let you know. Well can you call Auntie Jo if you have time okay. I get worry but you know much. I forgot to send letter to you Judy let him know to let you out. I well get to it okay.

Love
Sister Stacy Joy

:)

# Certificate of Completion

Presented to

Waylon Young Bird 04082-073

For successfully completing the

Drug Abuse Education Course

The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his alcohol/drug use and consider the need for treatment.

_____  3/5/2020
**Drug Abuse Treatment Specialist**  Date

**USMCFP Springfield**

WAYLON M. YOUNG BIRD
#04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000



TO HONORABLE Judge ROBERTO A. LANGE
8TH CIRCUIT COURTS DISTRICT OF SOUTH DAKOTA
US. Federal Building C/O CLERK OF COURTS
PIERRE, SOUTH DAKOTA
                                57501

=SPECIAL MAIL=



SPECIAL MAIL