Honorable Judge Roberto A Lange
8th Circuit Courts District of South Dakota
US. Federal Building c/o Clerk of Courts
Pierre, South Dakota. 57501

March 15, 2020

Greetings Sir, just a quick letter concerning the pandepicdemic of the coronavirus effecting the United States and the BOP of USA system.

As of now, we are partly on lock-down because of the coronavirus, a lot of us here, are very concerned for our own safety and worried for our families and relatives at home. Many of us are at high risk of getting this virus because of our health conditions, the over crowding conditions here and the uncleanlyness of this prison medical center.

There's been talk, and the news, of the BOP should reduce the population and make room for serious, violent, and high risk level inmate and let the low risk, sickly ternimil illed patients, non-violent inmates, to be given a chance to go home-confinement, or to be sent home to their families in this time of crisis.

My elderly mother finally was to come visit me this weekend, but the BOP cancelled all visits and visitors from the outside this past Friday, so I called home to let her know. Her concern was, what's going to happen to all of you all being overcrowded together and someone gets the virus?

We ar taking the neccessary precautions right now, one ward is on lock-down for an suspected case, and others are doing monitored movements.

At church today, there was no-priest, because of the no-visitors for 30 days, because of the virus. We had scriptures and prayers with the chaplin today and had talk of concerns of the virus, and prayers for all + families.

Thank-you for your time sir, God bless you!

Sincerely,
Waylon Young Bird

Waylon. M. Young Bird
#04082-073
MCFP PO Box 4000
Springfield, Mo 65801

WAYLON M. YOUNG BIRD
# 04092-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 659
20 MAR 2020 PM 3 L



RECEIVED
MAR 2 4 2020

To HONORABLE JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURTS, DISTRICT OF SOUTH DAKOTA
U.S. FEDERAL BUILDING, C/O CLERK OF COURTS
PIERRE, SOUTH DAKOTA = 57501 =

SPECIAL MAIL

57501-259099