HONORABLE JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURTS DISTRICT OF SOUTH DAKOTA
U.S. FEDERAL BUILDING C/O CLERK OF COURTS
PIERRE, SOUTH DAKOTA 57501

GREETINGS SIR, YESTERDAY I WAS TALKING WITH A RELIGIOUS FRIEND OF MINE ABOUT A COUPLE ARTICLES I READ IN THE PAPER I GET. I KNOW THIS IS THE PAST, I'M TALKING ABOUT BUT ITS BOTHERING ME SOME, MY FRIEND SAYS IT WON'T HURT TO TELL YOU HOW I FEEL ABOUT IT.

WELL, AT THE BEGINNING OF MY INDICTMENT, I WAS CAUGHT WITH 10 GRAMS AND IN TRIAL IT WAS 5.2 GRAMS, RE-WEIGHED BY THE STATE LAB. ANYHOW, THESE TWO GUYS YOU SENTENCED, FRED & TERRY DILLABAUGH, WERE SENTENCED TO 44 MONTHS AND THE OTHER 36 MONTHS IN FEDERAL PRISON. THESE TWO WERE THE BIGGEST DEALERS FOR A LONG TIME ON CHEYENNE RIVER SIOUX RESERVATION, EVERYONE KNOWS THIS. WHY? WEREN'T THESE TWO WHITE GUYS, GET MORE TIME FOR 66.83 GRAMS THAT THEY GOT CAUGHT WITH, LIKE I DID? AND WHY WEREN'T ANY WITNESS FOUND TO HELP PROSECUTE THEM, LIKE MY CASE? I'M SURE JERMEY REEDE KNOWS THESE GUYS, OH AND CODY NORMAN TOO. I FIND THIS TO BE VERY UNFAIR, MISSCARRIGE OF JUSTICE TO BE EXACT.

A PETITION WAS GOING AROUND FOR THE REMOVAL OF JERMEY REEDE (BADMAN CLAUSE) BUT HE TOLD A COUNCIL MEMBER FRIEND OF MINE "THATS HE'S PROTECTED BY THE FEDS" AND NOW TRANSFFERED TO PINE RIDGE INDIAN RESERVATION, I HOPE HE DOES BETTER THERE.

I JUST HAD TO WRITE TO LET YOU KNOW, HOW I FELT ABOUT THIS UNFAIRNESS AND HOW I'M SITTING HERE WITH FAILING HEALTH CONDITIONS. I PRAY ALL THE TIME FOR WHY I'M HERE AND FOR A SECOND CHANCE. MY SCRIPTURES FROM GOD SAYS EVERYTHING WILL WORK OUT, ITS JUST A MATTER OF TIME. I GOT KIDS, GRAND KIDS, HANDICAPPED SISTER AND AN ELDERLY MOTHER TO THINK ABOUT EVERY DAY, AND PRAY THAT THIS CORONA VIRUS DON'T GET HERE OR MY FAMILY.

THANK YOU FOR YOUR TIME, GOD BLESS YOU.

SINCERELY

WAYLON M. YOUNGBIRD
04082-043 P O BOX 4000
MEDICAL CENTER FOR FEDERAL PRISONERS
SPRINGFIELD, MO. 65801

## State weighs the ways to address meth

PIERRE, S.D. — As Gov. Kristi Noem tells South Dakotans she wants them tackle increasing rates of meth addiction and meth-related arrests, lawmakers this year are looking to do their part. They just can't agree on the best approach.

The Republican-dominated Legislature has two weeks to pass its budget and bills, but a split remains on what should be prioritized: addiction treatment and helping people avoid incarceration or a tough-on-crime approach that gives law enforcement more leeway to threaten drug users with prison time.

Gov. Kristi Noem supports an emphasis on prevention, while the attorney general wants to scale back a controversial program that automatically grants probation to people with low-level drug felonies.

## Worries about Coronavirus mark economy

OMAHA, Neb. — Worries about a new virus that's infected tens of thousands of people globally are making a mark on the economy of a nine-state region in the Midwest and Plains.

A new survey report says the Mid-American Business Conditions Index sank in February to 52.8 from 57.2 in January. Creighton University economist Ernie Goss oversees the survey, and he says the softer reading and the economic harm from the virus should concern policymakers.

Survey organizers say any score above 50 suggests growth. A score below suggests decline. The survey covers Arkansas, Iowa, Kansas, Minnesota, Missouri, Nebraska, North Dakota, Oklahoma and South Dakota.

## Two from Eagle Butte convicted of distributing Methampehtamine

PIERRE, S.D. — Two men from Eagle Butte, convicted of Possession with Intent to Distribute a Controlled Substance, have been sentenced in federal court in South Dakota.

Terry Dillabaugh, 70, must serve 44 months in federal prison, followed by three years of supervised release and pay a $1,000 fine.

Frederick Dillabaugh, 57, was sentenced to 36 months in federal prison, followed by three years of supervised release and a $1,000 fine.

The convictions stemmed from an incident in February 2018 where law enforcement received a call on the whereabouts of Terry who had an outstanding tribal warrant. The Cheyenne River Sioux Tribal Law Enforcement Services responded and found Terry and Frederick in possession of 66.83 grams of methamphetamine, which they tried to conceal from the responding officers.

Both defendants were immediately turned over to the custody of the U.S. Marshals Service.

---

**Thank you for reading**

**TETON TIMES**

WAYLON M. YOUNGBIRD
#04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000



TO HONORABLE JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURTS DISTRICT OF SOUTH DAKOTA
U.S. FEDERAL BUILDING C/O CLERK OF COURTS
PIERRE, SOUTH DAKOTA = 57501 =

SPECIAL MAIL

SPECIAL
MAIL