HONORABLE JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURT DISTRICT OF SOUTH DAKOTA
U.S. FEDERAL BUILDING C/O CLERK OF COURTS
PIERRE, SOUTH DAKOTA 57501

April 05 2020

DEAR JUDGE ROBERT A. LANGE

I'm writing this letter concerning the coronavirus in the United States Federal Prison system. Today, on our e-mail, the warden e-mailed that some of the inmates will be released to home confinement, due to the coronavirus, it hasn't hit here at MCFP Springfield as of yet, but has hit other federal prisons. Because of the over-crowding and underlying medical conditions of inmates, the release of some inmates is going to be a small amount, at this time, will be contacted.

On the first of April 1st 2020 this unit at MCFP Springfield is on a precaution medical lockdown for 14 days so we are to stay on our unit, with no movements or programs or sick call or 1-2 clinics, and eat our meals on our units. We are over-crowded and under-staffed as it is. Many inmates are worried for themselves and families at home. The BOP allowed us more calling time to call our families to check on our elderly. As of today's memo, more calling minutes and trying to get inmates free calls to call home or loved ones, to see how they are doing. I was just on the phone, when I ran out of calling time til my renewal day, then my calling time goes back up to 500 minutes again. At the time my minutes ran out, my mother was saying she was sick with chest congestion but no fever, but staying warm. The tribe helped out elderly with propane, and if she got any sicker, she was going to the hospital, then we got cut off, so now I'm really worried about her. I know you have the power to help me if you want, and I'm asking you to have mercy on me to see if I can be released on home confinement. I got a few places I can go, my aunt's place in Rapid City SD, she's the one taking care of my handicapped sister Stacy Joy YB, or Mandaree North Dakota, my Aunt Joann's place, out in the country, or my mother's place in Eagle Butte, SD or Mandan/Bismarck, my landlord is a preacher who says will help me when I get out, or in Pierre SD, I can rent a place there in Pierre. In all places, there's a dialysis unit, I've done dialysis at before.

If given the chance I will prove I can stay out of trouble and follow the rules and conditions set for me. I feel I'm going to be okay with the rest of my life with my grandchildren, children & family witch is a high priority for me along with the Lord Jesus to lead me in the right direction.



I KNOW IM NOT A BAD PERSON, I JUST MADE A FEW BAD DECISIONS IN MY LIFE. I KNOW NOW, ITS AFFECTED MY FAMILY & COMMUNITY AND WOULD LIKE TO CONTINUE TO HELP MYSELF AND WHOEVER I CAN, TO BETTER THEMSELVES, THRU JESIS CHRIST, PRINCE OF PEACE. IVE BEEN INCARSERRATED SINCE DECEMBER OF 2018, AND ENCOUNTERED MANY PEOPLE AT THIS TIME, WHO HAD IT WORST THAN I HAVE IT BUT DONT CARE FOR THEMSELVES OR WHERE THEY ARE GOING, WELL I CARE FOR MYSELF AND WORRIES WHAT THE FUTURE HOLD FOR ME. THANK YOU FOR YOUR TIME AND GOD BLESS YOU.

Respectfully Sincerely,

Waylon Young Bird

Waylon Young Bird 04682-073
MCFP BOX 4000
SPRINGFIELD, MO. 65801

Case 3:18-cr-30061-RAL   Document 171   Filed 04/16/20   Page 3 of 3 PageID #: 1129

WAYLON M. YOUNG BIRD
#04682-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658

05 APR 2020  PM 3 L

FOREVER / USA

TO  HONORABLE JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURTS, DISTRICT OF SOUTH DAKOTA
U.S. FEDERAL BUILDING  C/O CLERK OF COURTS
PIERRE, SOUTH DAKOTA 57501

SPECIAL MAIL