HONORABLE JUDGE ROBERTO A LANGE
8TH CIRCUIT COURTS DISTRICT OF SO. DAKOTA
C/O CLERK OF COURTS OFFICE US FEDERAL Bldg.
PIERRE SD 57501

DEAR HONORABLE JUDGE ROBERTO A LANGE,

IM WRITING YOU CONCERNING YOUR RECENT DECISION ON MY MOTION FOR A COMPASSIONATE RELEASE THAT WAS DENIED.

I WAS VERY UPSET, BECAUSE I FELT VERY POSITIVE THAT, MY COURT APPOINTED ATTORNEY, MOLLY C. QUINN, MADE SOME EXCELLENT ARGUEMENTIVE FACTS, AND POINTS ON MY BEHALF, AND SHOULD OF BEEN, MORE THAN ENOUGH CRITERIA, RESULTING APPROVAL FOR A COMPASSIONATE RELEASE, IF NOT AT LEAST HOME CONFINEMENT.

THE 1st STEP ACT AND CARES ACT, ARE UPDATED TO WHERE I MEET THE CRITERIA TO BE ELIGIBLE FOR COMPASSIONATE RELEASE OR HOME CONFINEMENT.

I ALSO FAIL UNDER "EXTRAORDINARY AND COMPELLING CIRCUMSTANCES" WITH MY FAILING UNDERLYING HEALTH CONDITIONS.

BECAUSE I DONT KNOW TOO MUCH ABOUT FEDERAL LAW + PROCEDURES TO DEFEND MYSELF, I FEEL I WAS TAKEN ADVANTAGE OF, BY MY COURT APPOINTED LAWYER KATIE THOMPSON AND KATIE HUSKA, THE FIRST COURTED APPOINTED ATTORNEY TO REPRESENT ME AND OFFERED ME A PLEA-BARGAIN, WITCH I NEVER GOT TO TALK TO HER MORE ABOUT BECAUSE I GOT A LETTER SAYING SHE COULDN'T REPRESENT ME BECAUSE MY 7st COUSIN DAVID LITTLE WOUNDED WAS HER CLIENT. I LATER GOT TO TALK TO DAVID, HE SAID JEREMY REEDE THREATENED ALL OF US, TO NEVER SEE THEIR KIDS AGAIN, OR GOING TO SIT A LONG TIME, IF WE DIDNT TESTIFY AGAINST ME, AND IF THEY DO, THEY WOULD GET A LESSER SENTENCE FOR THEMSELVES.

IM ALWAYS PRAYING FOR YOU AND EVERY ONE INVOLVED, AND THE CHAPLIN SAYS TO LET IT GO, BUT I FIND IT VERY HARD, BECAUSE THE PRINCE OF PEACE WILL FIND A WAY TO PAY YOU BACK, UNTIL THEN, THE REAL JUDGE COMES TO JUDGE ALL OF US, LORD JESUS CHRIST.

I PLAN TO APPEAL BUT WAS WONDERING IF I WOULD BE WASTING MY TIME AS WELL AS MOLLY QUINNS TIME TOO, BECAUSE YOU MAYBE A "CONFLICT OF INTEREST" IN THIS CASE? I DONT KNOW. WHAT I DO KNOW, IS I DONT WANT TO CATCH THIS CORONA VIRUS AND DIE IN FEDERAL CUSTODY, LIKE A FRIEND, ANDREA CIRCLE BEAR DID IN YOUR CARE OR CUSTODY. GOD BLESS HER, MAY SHE REST IN PEACE. I ALSO PRAY FOR YOU, THAT YOU FIND IT IN YOUR HEART TO HAVE MERCY TO HELP, POOR PITIFUL NATIVES LIKE ME. I CAN ONLY SAY IM NOT THE SAME

person I use to be. Im still trying to find peace and make amends to All I've offended in my past. My spiritual advisor says we all deserve a 2nd chance. Im trying hard to find that second chance, Im not mad or nor can I stay disappointed toward anyone. At this evening prayer service I prayed for you to make good judgements on all your federal cases, I always read the federal court docket. God tells me to not to give up, and keep fighting for my freedom so Im going to keep doing that, Lord Jesus Christ says He will help me, because Im Native. Thank-you for your time and god bless you.

Respectfully,

Waylon Youngbird

WOLF CHIEF

FROM: Waylon M. Young Bird
MCFP PO BOX 4000
Springfield, Mo. 65801

WAYLON M. YOUNG BIRD
#04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000



SPRINGFIELD MO 658
09 JUN 2020 PM 3 L

To  HONORABLE Judge Roberto A. LANGE
    8TH Circuit Court District of South Dakota
    C/O Clerk of Courts, US Federal Building
    Pierre, South Dakota 57501

LEGAL MAIL