# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 18, 2020

Waylon Young Bird
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
04082-073
P.O. Box 4000
Springfield, MO  65801-4000

      RE:  20-2223  United States v. Waylon Young Bird

Dear Mr. Young Bird:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      Your appeal is being referred to the court, and no briefing schedule will be established at this time.  No additional pleadings are required from you.  Our office will advise you of any action taken in your case.

      The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should file a motion with this court seeking preparation of a transcript at government expense. Your motion should specify what portions of the transcript you wish to have prepared and it should provide an explanation as to why these portions are necessary for the appeal. Please note that motions for appointment of counsel are rarely granted in pro se civil cases.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

MMH

Enclosure(s)

cc:   Ms. Stephanie C. Bengford
      Ms. Meghan N. Dilges
      Ms. Cheryl Schrempp DuPris
      Mr. Kevin Koliner
      Ms. Connie Larson
      Mr. Matthew W. Thelen

District Court/Agency Case Number(s):   3:18-cr-30061-RAL-1

**Caption For Case Number:   20-2223**

United States of America

      Plaintiff - Appellee

v.

Waylon Young Bird

      Defendant - Appellant

**Addresses For Case Participants:   20-2223**

Waylon Young Bird
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
04082-073
P.O. Box 4000
Springfield, MO  65801-4000

Ms. Cheryl Schrempp DuPris
Ms. Meghan N. Dilges
U.S. ATTORNEY'S OFFICE
District of South Dakota
Suite 337
225 S. Pierre Street
P.O. Box 7240
Pierre, SD  57501-2489

Ms. Connie Larson
Mr. Kevin Koliner
Ms. Stephanie C. Bengford
U.S. ATTORNEY'S OFFICE
District of South Dakota
P.O. Box 2638
Sioux Falls, SD  57101-2638

Mr. Matthew W. Thelen
U.S. DISTRICT COURT
District of South Dakota
Room 405
Post Office & U.S. Courthouse
Pierre, SD  57501

20-2223  United States v. Waylon Young Bird

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 06/18/2020

**Case Name:** United States v. Waylon Young Bird
**Case Number:** 20-2223

**Docket Text:**
CRIMINAL case docketed. [4925021] [20-2223]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

Waylon Young Bird
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
04082-073
P.O. Box 4000
Springfield, MO  65801-4000

**Notice will be electronically mailed to:**

Ms. Stephanie Carlson Bengford: stephanie.bengford@usdoj.gov, kevin.koliner@usdoj.gov,suzette.schramm@usdoj.gov,caseview.ecf@usdoj.gov,rebecca.anderson@usdoj.gov,debbie.gilman@usdoj.gov
Ms. Meghan N. Dilges: meghan.dilges@usdoj.gov, angela.wedin@usdoj.gov,paige.undeberg@usdoj.gov,debbie.gilman@usdoj.gov,kevin.koliner@usdoj.gov,shelby.meintsma@usdoj.gov,caseview.ecf@usdoj.gov
Ms. Cheryl Schrempp DuPris: cheryl.dupris@usdoj.gov, suzette.schramm@usdoj.gov,kevin.koliner@usdoj.gov,debbie.gilman@usdoj.gov,caseview.ecf@usdoj.gov
Mr. Kevin Koliner: kevin.koliner@usdoj.gov, rebecca.anderson@usdoj.gov,caseview.ecf@usdoj.gov,debbie.gilman@usdoj.gov
Ms. Connie Larson: connie.larson@usdoj.gov, alissa.thorson@usdoj.gov,debbie.gilman@usdoj.gov,caseview.ecf@usdoj.gov,kevin.koliner@usdoj.gov,cecile.reynolds@usdoj.gov,lindsay.nicola@usdoj.gov
Mr. Matthew W. Thelen: coadocs@sdd.uscourts.gov