Honorable Judge
Roberto A. Lange
8th Circuit Court
District of South Dakota
c/o Clerk of Courts
U.S. Federal Building
Pierre, S. Dak. 57501

June 10, 2020
4:45 pm

Dear Honorable Judge Roberto A. Lange,

I know I just wrote to you, but I'm writing again, because this morning around 10am, a inmate, next to me said "It's finally here chief." It's official now, that the first case of the Corona-virus is here at Springfield, Mo. Medical Center. I couldn't believe it, it's got to be a rumor, so I went down to the nurses station and asked. It seem like they didn't want to tell anything, when another inmate came up and asked too, if there was a case of corona-virus? The nurse said "They can't confirm that right now."

I got very worried, and went back to my dorm unit, and put on my face mask, I had for almost two weeks. We are over crowded here too. Our beds are right next to each other, we don't practice social distancing here either.

As I got ready to go call my mother, some inmates were talking with a Luitentant, and he confirmed, a case of the corona-virus here, at this Medical Center in Springfield. This is not good. Just after the statement, from the Luitentant, staff started to pass out, new face mask to all the inmates.

To my understanding of Covid-19, older people catching this virus, it will act and effect them fast, some people slower, depending on their underlying health con--ditions or if your immune system is strong.

I try to call my mother, but the phones (2) we all share, there's a long line, a lot of inmates are calling their families and lawyers about, the case of Covid-19.

There's 97 inmates on this ward 1-3, we all share 3 showers, 2 big bathrooms and 2-1 man bathrooms, My P.A. Pazera, says I'm at high risk, if it ever hits here.

As of now, I don't know what to do, I'm scared like everyone else.

Last month, after a prayer service I decided that I should write a last, will and testment, because if I catch the virus, it hits fast and I wont have much time to do anything.

I DON'T EVEN KNOW, IF YOU CARE OR NOT, ABOUT INMATES, OR NATIVES IN GENERAL? BEING A BORN AGAIN CHRISTIAN, AND LEARNED ALOT SINCE BECOMING ONE.

I GREW UP A CATHOLIC IN NORTH DAKOTA, WHERE I WAS MOST HAPPY AND I ALSO LEARNED MY NATIVE SIDE, IN SOUTH DAKOTA, LEARNING TO BE HUMBLE, TRUSTWORTHY, RESPECTFUL, SHARING (GENEROUS) CARING, AND TO PROTECT FAMILY & OTHERS YOU CARE ABOUT. AND MOST OF ALL, IS BEING FORGIVING TO PEOPLE WHO HURT OR OFFENDED YOU IN ANYWAY.

I'M A FATHER, UNCLE, BROTHER, SON, AND A FRIEND, TO ALOT OF OTHERS AND NOW BELIEVE MY GRANDMOTHERS, THAT EVERYONE DESERVES A SECOND CHANCE AT LIFE, OR TO FORGIVE EACH OTHER.

I REALIZE YOUR A JUDGE, AND MUST GO THRU ALOT WITH SO MANY DIFFERENT CASES AND TO DO JUDGEMENT AND SENTENCING ON PEOPLE YOU DON'T EVEN KNOW, OR REALLY NO--ONES LIFE, THATS WHY I ASKED IF, YOU CARE?

ANYWAY, I ASK YOU TO HAVE COMPASSION & MERCY ON ME, I'M NOT A SUPER-BAD PERSON, I WAS PORTRAYED TO BE. I PROMISE YOU'LL SEE A CHANGED PERSON.

THANKS FOR TAKING TIME TO READ THIS, GOD BLESS YOU!

6PM THEY ARE CHECKING ON ANOTHER PERSON THAT MAY HAVE THE VIRUS TOO.

Respectfully,
Waylon Young Bird
WOLF CHIEF

WAYLON YOUNG BIRD
MCFP PO BOX 4000
SPRINGFIELD, MO. 65801

WAYLON M. YOUNG BIRD
#04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
12 JUN 2020 PM 2 L

To Honorable Judge Roberto A. Lange
8th Circuit Court, District of South Dakota
c/o Clerk of Courts, U.S. Federal Building
Pierre, South Dakota =57501=

LEGAL MAIL