# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 19, 2020

Waylon Young Bird
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
04082-073
P.O. Box 4000
Springfield, MO  65801-4000

RE:  20-2223  United States v. Waylon Young Bird

Dear Mr. Young Bird:

    Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                            Michael E. Gans
                            Clerk of Court

CMD

Enclosure(s)

cc:    Ms. Stephanie Carlson Bengford
       Ms. Meghan N. Dilges
       Ms. Cheryl Schrempp DuPris
       Mr. Kevin Koliner
       Ms. Connie Larson
       Mr. Matthew W. Thelen

    District Court/Agency Case Number(s):   3:18-cr-30061-RAL-1

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2223
_____

United States of America

Plaintiff - Appellee

v.

Waylon Young Bird

Defendant - Appellant

Appeal from U.S. District Court for the District of South Dakota - Central
(3:18-cr-30061-RAL-1)

**JUDGMENT (REVISED FORM)**

Before LOKEN, SHEPHERD, and STRAS, Circuit Judges.

  This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

June 22, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

  /s/ Michael E. Gans