HONORABLE JUDGE ROBERTO A. LANGE
8TH DISTRICT COURT, DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION C/O CLERK OF COURTS
US FEDERAL BUILDING, PIERRE SD 57501

JUNE 14 2020

DEAR HONORABLE JUDGE ROBERTO A. LANGE

IN RESPONSE TO YOUR DENIAL OF MY MOTION FOR COMPASSIONATE RELEASE, HOME CONFINE-
-MENT AND MOTION FOR SENTENCE ADJUSTMENT. I CAN SEE I MAY HAVE FILED TOO MANY
APPLICATIONS AND A MOTION. I WAS ASKING FOR HELP FROM MY COUNSELOR AND CASEWORKER
BUT THEY SAID TO FILL THESE FORMS OUT, AND HAND THEM IN, AND NEVER RECIEVED ANY ASSIT-
-ANCE IN HOW TO GO ABOUT THE NEXT PROCEDURES. A COUPLE INMATES SAID THEY CAN HELP, BUT
WANTED PAYMENT FIRST.

MY REFUSAL OF MEDICATIONS HAS TO DO WITH MY FOOT CARE, BECAUSE I GOT NEW PROSTEDIC
SHOES THAT GAVE ME BLISTERS ON A FEW TOES, NURSING STAFF REFERRED ME TO SICK CALL
WITCH TOOK A FEW DAYS BECAUSE WE WERE PUT ON LOCK-DOWN STATUE BECAUSE A INMATE
DIED TO A OVERDOSE OF K-2 DRUG. A FEW DAYS LATER I WAS FINALLY SEEN, THE MY TOES GOT
INFECTED AND RIGHT AWAY, THEY WANTED TO CUT MY TOES OFF.

I TOLD THE DOCTOR THAT SEEN ME, I REFUSE TO AMPUTATE MY TOES AND REQUEST A ANTIBOTIC.
WE CAN TRY ALL THEY SAID, AND MOVED ME TO A WOUND CARE UNIT. WEEKS LATER MY FOOT
HEALED GOOD. I MISSED A FEW WOUND CARE BANDAGES

IN PILL LINE THE NURSES WOULD GIVE ME TOO MUCH INSULIN AND PUT ME AT DANGEROUS LOW
LEVEL OF LOW-SUGARS SO I WOULD ONLY GO IF I WASN'T FEELING TOO GOOD. THE REST OF MY
MEDICATIONS I SELF-CARRY

I WOULD SOMETIMES MISS DIALYSIS DUE TO MY RESTLESS LEG SYMDROM OR WOULD GET OFF EARLY.
I FINALLY GET PILLS FOR RESTLESS LEG SYMDROM, SO I STAY THE FULL TIME. DIALYSIS HERE IS WAY
DIFFERENT THAN THE OUTSIDE.

I SHOULD BE GETTING ANOTHER DENIAL LETTER FOR THE COMPASSIONATE RELEASE I PUT IN MAY 2020, I WROTE TO THE
BUREAU OF PRISONS TO SEND ME A LETTER OF DENIAL SO I CAN EXHAUSE MY ADMINASTRATIVE REMEDIES.

AS OF NOW, A MEMO CAME OUT FROM THE WARDEN CONFIRMING A CASE HERE OF THE CORONA VIRUS (COVID 19)
I'LL MAKE A COPY OF THE MEMO, BY THE TIME IT GETS TO YOU THERE WILL BE MORE CASES OF THE CORONA VIRUS.

I'M ELIGIBLE & MEET THE CRITERIA FOR HOME CONFINEMENT OR COMPASSIONATE RELEASE BUT I
ONLY SEE YOU, OR THE PROSECUTOR JUST WANTING TO KEEP A NATIVE LOCKED UP AND GETTING OUT WORST
THAN YOU SENT HIM IN. WELL I DON'T SEE IT THAT WAY, I FEEL LIKE I SHOULD BE GIVE A SECOND CHANCE-



because I was taken advantage of, in your courts, just because I took it to trial and wasn't familar with Federal law + procedures, my court-appointed lawyer wasn't on my side, she was on your side, and want me to plead guilty. Well the only evidence you had on me was 5.2 grams and wasn't considered clear + convincing evidence, and the rest was ghost dope, made up by convicted felons, who lied in your courts. And Reede who put me here, fractured my ankle and injured my shoulder during the March 2018 arrest, I was handcuffed, when he used Police Brutality on me. I tried to bring that up but that court-appointed attorney wouldn't allow it, said you would deny it. I asked her to drug test Lori Bob Tail Bear, because I knew she was under the influence of meth, but she said the Judge wouldn't allow it. And to let me up on the stand, was not a good idea, according to my attorney, so I just sat back and watched you all do what you do. My pastor says "let God handle it" but Im still having bad dreams, of the assualt on me at my home. You said it was over drugs, but it was over Lori Bob Tail Bear's new boy friend, Bevan Bordeaux, thinking I was her boy friend, and her son trying to collect on what I owed her for helping me, but didn't have any money or drugs. They almost killed me and you only gave them 6 yrs. I am a victim of injustice, like George Flyod, or the guy who got shot in Alanta, GA. recently. That why Protest + riots are going on around the world, its even happening in Indian Country! Your courts and many others, need reform and change of laws to a failed system.

    The lawyer who represented me this compassionate release, Molly C. Quinn, sent me a letter saying, I can appeal your decision, but more likely, I wouldn't win, and probly won't hear anything, til August or in the late fall sometime. So now what do I do, now if its going to be like that? This corona virus will start spreading soon, alot of us will get it because we are at high risk. I don't want to die here, I got family I miss, a handicap sister, + kids who need me, grandkids too. Can you find it in your heart to reconsider?

Waylon Young Bird  
MCFP PO Box 4000  
Springfield, MO. 65801

Sincerely,  
Waylon Young Bird  
Wolf Chief

WAYLON M. YOUNG BTD
04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
16 JUN 2020 PM 2 L

TO: HONORABLE JUDGE ROBERTO A. LANGE
8TH District Court, District of South Dakota
Central Division % Clerk of Courts
US Federal Building Pierre, SD 57501

LEGAL MAIL