Honorable Chief Judge Lange
8th Circuit Court - District of SD
C/o Clerk of Courts US Federal Building
Pierre SD 57501

June 30, 20

Dear Judge Roberto A. Lange

　I'm writing to let you know I was in the Mercy Hospital for a few days for pneumonia, low blood pressure and couldn't breath. I had a couple of falls and swelled my knee. I took a Covid-19 test at the hospital and it came back negative, I'm so happy to here this but still under quarantined. We are now on double quarantined, for now there is cases of scabbies. I don't know if there is any more cases of the corona virus, they won't let us know. We found out thru the first case, last month thru staff scared of getting it. We are still stuck on our units, 95 inmates on our over-crowded unit, 6 inmates in a prayer service group I've started, we are all worried for ourselves and our families.

　A lot of us got denied our compassionate releases or home confinements but still keep on having faith in God will come thru for us. I'm not disappointed in you denying mine again, I'm getting use to disappointment.

　I take blame or guilt, for myself being here, but for 500 or more grams which I prob'ly used, than sold, is completely incorrect. 6 of the convicted felons that testified against me, cummitted purjury in your court and to let a crooked tribal officer, have his way, in your courts is a disgrace of racist injustice in the 8th circuit of South Dakota. I'm sorry you don't know him, how the whole community of Cheyenne River Sioux Tribal Reservation sees him and family is. Well it's not good, and when he messes up to currruption, you'll be first to know. In the meantime, many of us are suffering, here and there.

　I hate this drug, now that I know what it has done to me, and my race on the reservations. It has destroyed lives and detiereated my health, killed my sister & causing harm to my family now, to nieghbors using and bothering my elderly mother. It's not safe where she is, I miss her and my sister Stacy Joy so much. I didn't get to tell my sister Jill, good-bye or how much I loved her. My wife either, she died of alcoholism a few year ago, we have a son & daughter who need me now. My Aunty Mom Joann Youngbird is very sickly in Bismarck North Dakota with cancer. I'd like to see her again, she is a very good Aunty and person.

CONTINUED:

AS A MATTER OF FACT, I VOW TO PLEDGE, NOT TO USE DRUGS ANYMORE BECAUSE OF MY HEALTH & SHORT TIME I LEFT HERE ON EARTH. I CAN'T DO MUCH OF ANYTHING ANYMORE AND NEED DIALYSIS TO STAY ALIVE. I'M GLAD THAT I GOT 2 YEARS OF SOBRIETY NOW, OR I PROBLY BE DEAD IF I WERE STILL USING. FOR NOW I LOOK AT IT, THAT I GOT 3 MEALS, A BED, AND RUFF OVER MY HEAD AND NOT IN THE CRAZY THINGS GOING ON IN THE WORLD, LORD HELP US ALL.

AS FAR AS PROGRAMS HERE, NOTHING GOING ON, NO MOVEMENT SINCE MARCH. I WAS PARTICIPATING IN NA & AA MEETINGS AND DRUG RDAP CLASSES AND STILL PAYING ON MY FINE. I WAS TRYING TO PAY IT ALL OFF A FEW MONTHS AGO, BUT MY CASEWORKER SAYS I COULD JUST MAKE PAYMENTS SO I'M DOING THAT. HALFWAY DONE. I SPENT OVER A THOUSAND IN COMMISSARY FOR MYSELF, AND HELP OTHERS WHO NEED THINGS, LIKE HYGENE PRODUCTS.

MY ONLY FRIEND IN PRAYER SERVICE GROUP, IS A WHITE GUY ALLEN NUTTER, WHO HAS A KIND HEART. I'M ON ANXIETY & DEPRESSION MEDS, SO HE HELPS ME CALM DOWN WHEN I GET ANXIETY ATTACKS. I CALL MY MOTHER, SISTER STACY, AUNT JOANN DAILY IF I CAN, THE PHONE LINE IS ALWAYS BUSY, WE SHARE 2 PHONES ON MY UNIT. MY MOTHER AND SISTER WERE TRYING TO COME VISIT ME TIL THIS LOCKDOWN IN MARCH, SHE COULDN'T AFFORD IT TO COME ALL THIS WAY, BUT THE TRIBE WAS GOING TO HELP HER AND MY AUNTY JOLYNN, WHO I WAS GOING TO BE PLACED WITH IF I GOT HOME CONFINEMENT, WAS GOING TO BRING MY SISTER. I MISS THEM DEARLY. DIALYSIS IS TOUGH MOST OF THE TIME, I DON'T TRUST MOST OF THE MEDICAL STAFF. WHEN I WAS OUT, MY MEDICAL CARE WAS BETTER. HERE THEY DON'T OFFER DIALYSIS PATIENTS HERE KIDNEY TRANSPLANTS OR PUT US ON A KIDNEY DONOR LIST. AFTER MY LAST ADMINISTRATIVE REMEDY, FROM DIRECTOR OF BUREAU OF PRISONS, I'M GOING TO KEEP TRYING BECAUSE I'M SCARED OF CATCHING CORONA VIRUS, IT SEEMS YOUR NOT CONCERNED ABOUT THE PANDEMIC? AWHILE BACK THIS GUY JACKSON I WROTE YOU ASSAULTED ME AND I REPORTED IT AND WE WAS BOTH LOCKDOWN 30 DAYS. WHEN INTERVIEWED BY LUITENTANT, WHAT I WANT DONE TO JACKSON, I SAID NOTHING, HE DIDN'T HURT ME. WE BOTH GOT OUT, I WAS SENT BACK TO SAME UNIT WHERE HIS FRIENDS TRIED TO FIGHT ME NEXT. JACKSON END UP GETTING OUT WITH 13 YEARS LEFT + A VIOLENT CRIME, ON A COMPASSIONATE RELEASE, HE WAS IN DIALYSIS LIKE I WAS. NOW I GOT SERIOUS HEALTH PROBLEMS TOO, THEY ARE WORSE THAN BEFORE, EITHER YOU DON'T CARE OR TRYING TO RUN IT OUT FOR ME. EITHER WAY YOUR A JUDGE, YOU JUDGE OTHERS. I'VE SEEN & READ YOU GIVING THE WORST PEOPLE CHANCES, LIKE THE TWO GUYS THAT ALMOST KILLED ME. I STILL HAVE BAD DREAMS OF THAT TIME. GOD SAYS TO FORGIVE THINGS LIKE THAT, SO I'M TRYING TO FIND IT IN MY HEART. PEOPLE CHANGE, I HOPE THEY DO, BECAUSE I'M TRYING HARD. I PLAN TO MAKE AMENDS TOO, WHERE EVER POSSIBLE.

I spend alot of time thinking and praying about why I must go thru so much suffering even tho I'm sick. I've been lock up since December 2018, 52 years of age and things arent getting any easier. If you ever help me out, I can find a place in Pierre S.D. do my home confinement there, where the courts can keep an eye on me. I can do my dialysis there. My writing is getting worst as I write more. I just want you to know I'm having it hard and going crazy. Do you think you can help my family come see me, whenever visiting is allowed again? If it were ever vise-versa, I wouldnt hold you back from seeing your loved ones. Well Ma Judes, God bless you and have mercy! Thank you for your time.

Respectfully,

Waylon Youngbird

Wolf Chief

Waylon M. Youngbird
04089-073
MCFP PO Box 4000
Springfield, Mo. 65801

(Jeremiah:29)

WAYLON M. YOUNG BIRD
04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658

06 JUL 2020 PM 2 L



TO: HONORABLE CHIEF JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURTS - DISTRICT OF SOUTH DAKOTA
C/O CLERK OF COURTS US FEDERAL BUILDING
PIERRE, SOUTH DAKOTA = 57501 -

LEGAL MAIL

07/11