Honorable Chief Judge Roberto A. Lange
8th Circuit Courts District of South Dakota
c/o Clerk of Courts US Federal Building
Pierre SD 57501

July 17, 2020

Dear Honorable Judge Roberto A. Lange,

Just a quick letter to let you know I'm still alive. Yesterday, while I was at dialysis, someone broke into my locker and stole all my commissary. This upset me very much, I got very angry. I reported it, but the guards say they can't do much about it.

I prayed and cried, because of so much hardships I'm going thru, and worried if I am going to go crazy. They have two more cases of the corona virus here now. And its just a matter of time, before it spreads. I keep getting these appeal letters from St. Louis, MO. saying my appeal is denied. I never really got a reason, why its been denied. Alot of my relatives, have been dying lately, and it really bothers me, I should be the one who have died before them, I'm numb or feel lost, to my relatives passing.

I watched the news this evening, and the covid 19 seems to be getting worst, I worry, but for my mother and sister now, instead of myself. I'm trying to turn all my troubles and worries and self to God to help me with. I can't be angry at the person, who broke into my locker, I've been helping many others, so this person probly needs it more or carma finds its way, is all my mother just said.

I told her about the guy that assaulted me a few months ago, and he got out of here on a compassionate release, and still had 12 years left on a violent crime, I was in dialysis with him, Jackson. If that ain't a miricle, a guy from Hawii, just released from here, with 2 life sentences on a compassionate release, now that's crazy, he's on dialysis too. That leads me to say, "What must be, with me? I'm dying soon, but it could be now, tomarrow or 2 years from now." My mother says, we will see each other soon, don't worry yourself son, God knows your calling on him. I lost alot of weight and miss my family so much. Why Lord am I being picked on? Helpless, sickly, can't do much of anything, last stages of dialysis kidney failure. It seems so unfair in these end of times. Thank you for your time and hope this letter reaches you in good spirits, God bless you.

Respectfully, Waylon Young Bird

WAYLON M. YOUNG BIRD

MCFP PO BOX 4000

SPRINGFIELD, MO. 65801

= WOLF CHIEF =

Waylon M. Youngbird
04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000



SPRINGFIELD MO 658
20 JUL 2020 PM 2 L

TO: Honorable Chief Judge Roberto A. Lange
8th Circuit Court - District of So. Dakota
℅ Clerk of Courts US Federal Building
Pierre, South Dakota = 57501 =

LEGAL MAIL