UNITED STATES OF AMERICA

VS.

JULY 24, 2020

WAYLON M. YOUNG BIRD

=MOTION= (RENEWAL) COMPASSIONATE RELEASE / REDUCTION OF SENTENCE
Under 18 USC. 3582(C)(1)(A) AND 4205(g)  P 5050.50 AND 571.61

MY NAME IS YOUNG BIRD M. WAYLON, APRIL 14, 2019 I WAS FOUND GUILTY FOR
① CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE @ POSSESSION OF
METHAMPHETAMINES. I RECIEVED 132 MONTHS, 5 YEARS SUPERVISED PAROLE,
AND $12000° FINE.

I AM CURRENTLY AT A MEDICAL CENTER IN SPRINGFIELD MO. PO BOX 4000
MCFP SPRINGFIELD, MO. 65801

I AM FILING ON BEHALF OF THE CORONA-VIRUS PANDEMIC, (COVID 19) I HAVE
UNDERLYING HEALTH CONDITIONS, TERMINAL ILLNESS WITCH, I AM AT HIGH RISK
OF CATCHING THIS CORONA-VIRUS, ACCORDING TO THE CDC.

MY MEDICAL CONDITIONS CONSIST OF THE FOLLOWING: STAGE 4 CARE-DIALYSIS
PATIENT, LAST STAGES OF KIDNEY RENAL FAILURE, HIGH BLOOD PRESSURE, HYPERTEN-
-TION, ASTHMA, CONGESTIVE HEART FAILURE, RESTLESS LEG SYMDROM, ANXIETY, DE-
-PRESSION, NEUROPATHY IN HANDS + FEET /W POOR CIRCULATION.

THIS IS TRUELY WHY I QUALIFY FOR COMPASSIONATE RELEASE, DUE TO THE
PANDEMIC (COVID 19)

* IF I AM GRANTED RELEASE, I HAVE A PLAN OF RELEASE, FOR ONE, I CAN RESIDE
AT MY AUNT JOLYNN LITTLE WOUNDED IN RAPID CITY, SD, AT 1120 RACINE STREET,
RAPID CITY, SD 57701-PHONE # 605-222-5063, SHE HAS A EXTRA ROOM FOR ME TIL I CAN
GET MY OWN PLACE. MY OTHER AUNT DOREEANN LEBEAU, IS RUNNING A APARTMENT
COMPLEX, SHE CAN GET ME INTO, BASED ON INCOME. MY AUNTS DONT DRINK OR USE
DRUGS, MY AUNT JOLYNN, TAKES CARE OF MY HANDICAPPED SISTER. DIALYSIS AT RC DIALYSIS.

* OR ANOTHER PLACE, IS IN NORTH DAKOTA, MANDAREE, AT MY AUNT JOANN YOUNG BIRD OUT
IN COUNTRY-1691 HYW 22 MANDAREE ND 58757 PH. # 701-421-1026 OR MY BROTHER PAUL WHITE
OWL JR # 701-420-0171 HAS A ROOM FOR ME, ALSO ALCOHOL + DRUG FREE, GOT RIDE TO DIALYSIS
CARE CENTER IN NEW TOWN, ND, 25 MILES AWAY, BEEN AT DIALYSIS THERE BEFORE.

SOCIAL SECURITY INCOME + TRIBAL MEMBERSHIP, TO SUPPORT MYSELF, HOSPITAL IN SOUTH DAKOTA
SIOUX SAN (IHS) AND NEW TOWN ND-ELBOWOODS HEALTH CARE CENTER, WOULD BE WHERE

= MOTION = Compassionate Release / Reduction of Sentence
      CONTINUED              3582(c)(1)(A) AND 4205(g) PS050.50 - 571.61
   ②                                    USA
                                        VS.
                              WAYLON M. YOUNG BIRD

─ I WOULD RECIEVE MY MEDICAL TREATMENTS / APPOINTMENTS THROUGH MEDICAID AND
UNDER INDIAN HEALTH SERVICE (IHS), TO PAY FOR MY MEDICAL NEEDS, LIKE BEFORE.
     THE U.S. ATTORNEY GENERAL WILLIAM BARR, HAS STATED, THAT HE WANTS NON-VIOLENT
CRIME INMATES, THAT ARE SICKLY WITH UNDERLYING HEALTH CONDITIONS TO APPLY FOR COMPA-
─ SSIONATE RELEASE / REDUCTION OF SETENCE, DUE TO THE COVID 19 PANDEMIC.
     I ALREADY EXHAUSTED MY ADMISTRATIVE REMEDIES WITH THE WARDEN SMITH, HERE AT
MEDICAL CENTER, SPRINGFIELD, MO. AND A WAITING FOR THE BUREAU OF PRISONS DECISION, ITS
BEEN OVER 30 DAYS WITH THE BOP.
     ALTHOUGH, I'M NOT FULLY UNDERSTANDING OF FEDERAL LAW, I PRAY THAT THIS COURT
CAN ASSIGN ME COUNSEL TO REPRESENT ME, AND ALSO ACCEPT THIS MOTION FOR COMPASSIONATE
RELEASE / REDUCTION OF SENTENCE.

                              RESPECTFULLY,
                              Waylon Young Bird

                              7-24-2020


WAYLON M. YOUNG BIRD
# 04082-073 MCFP
  P.O. BOX 4000
  SPRINGFIELD, MO. 65801

WAYLON M. YOUNGBIRD
#04082-023
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658

27 JUL 2020 PM 2 L



To: CLERK OF COURTS
8TH CIRCUIT COURTS, DISTRICT OF SOUTH DAKOTA
225 S. Pierre St. - US. Federal Building
Pierre, South Dakota = 57501=

LEGAL MAIL



LEGAL MAIL