HONORABLE CHIEF JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURTS, DISTRICT OF SOUTH DAKOTA
US. FEDERAL BUILDING 225.S
PIERRE, SOUTH DAKOTA= 57501=

DEAR HONORABLE CHIEF JUDGE Roberto A. LANGE,

Greetings sir, there's a newsletter we get on our computer e-mail every Monday, and it updates the statistics of the Corona virus, in the Bureau of Prisons. As of now, the Covid 19 has been setting record highs of confirmed cases, and deaths in the B.O.P.

Although we have a couple cases here in Springfield just recently, it has everyone on edge of it spreading soon. Other prisons 70% of the population is infected with the virus, and the death rate is on the rise. In one of the prisons, staff are coming to work, being positive for the corona virus, infecting other staff and inmates at their facility.

We here at Springfield MO. are very concerned for our safety and our families. We all try hard, keeping our units clean, we are overcrowded and short staffed and it makes it impossible to keep social distancing. There is no programs since March. So it pretty boring, doing dead time. I think we should be given two for one, for every day we do. The Warden or the BOP are slowly letting inmates out here, but all the ones, with alot of time left, or that have violent crimes, alot of us feel this isn't fair.

Some of us wrote the President, and the Attorney General William Barr informing them, this facility isn't letting eligible or qualified inmates, go to who applied for Home-Confinement or Compassionate Release. I was just in the hospital for pneumonia, that felt like I was having a stroke but I'm just glad to overcome the pneumonia and not tested for Covid 19.

My mother and aunties heard I had a stroke, and were worried because the peoples here can't inform them of anything, except only if your dead. That's not right. I'm glad I got a couple of my christian buddies to call my family, if I get sick or go to the hospital, because for a while there was alot of unexplained deaths going on here.

I worry about my mother, she's elderly living at her own home, and my sister Stacy, who my Aunt Jolynn takes care of her, my only sister left is handicapped, we are a year apart, she wasn't suppose to live this long but she's been hanging in there. I spend alot of time with her, she's so special to alot of us. My grandparents raised her too, my grandma Belva, always worried for her in her last days, what going to happen to Stacy or who's going to look after her?



My grandparents were special, 52 plus years together, married to each other, raising their kids from each other on both my father's side and mother's too. We were rich but we had love and cared for each other. Now days its a different time with this world so out of control since this Covid 19 getting worst, kids getting it now. George Floyd death, leading to protest I see it only to get worst, if there's no justice reform.

My mother's so worried too, whats going to happen now, that they 20 cases of covid 19 on their reservation, I call her daily, to check on her at her own home. My sister too, my Aunt Jolynn takes care of her, we are almost the same age, one year apart. She wasn't supose to live this long but she's been hanging in there, she's such a special person, full of joy.

This past week they have been moving inmate to the RDAP ward, where I've been trying to move since I've gotten here. (1 year ago today) 1 year in county jails, will I get time served for those days? Never heard. Any how, I'm not sure I can move to the RDAP ward because I'm a level 4 care patient and need 24 care with a nurse on your unit 24-7 and RDAP ward only has a nurse there only during the day. My Doctor Lear retired, only got to see her once, my new Doctor Moose, is just about to retire too, and I've never met her yet.

With all this extra time just sitting here, they should give us something positive to do, instead of inmates fighting each other, with long hours of boredom affecting all of us. I mostly stay in my unit, I get sickly after dialysis, and don't want to be around people coughing or sneezing or staff who might bring in the corona virus from the Springfield's streets, its getting worst out there too, we watch the local news too. Face mask required. Thanks for reading my letter, I'm worried but it helps to write you to let you know somethings I go through, God bless you.

Respectfully,

Waylon Young Bird

Waylon Young Bird
#04082-073
MCFP PO Box 4000
Springfield, MO 65801

WAYLON M. YOUNGBIRD
04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
27 JUL 2020 PM 3 L



TO: HONORABLE JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURTS DISTRICT OF SOUTH DAKOTA
US FEDERAL BUILDING 225.S
PIERRE, SOUTH DAKOTA 57501

LEGAL MAIL

5750189999