HONORABLE CHIEF JUDGE, ROBERTO A. LANGE
8TH CIRCUIT COURTS DISTRICT OF SOUTH DAKOTA
225 S. PIERRE STREET FEDERAL BUILDING
PIERRE, SOUTH DAKOTA 57501

AUGUST 07 2020

DEAR HONORABLE CHIEF JUDGE ROBERTO A. LANGE

Today I just found out my Aunty/Mom, Joann Young Bird passed away in Bismarck, North Dakota Hospital. She was a great lady and met the world to me. It was her place, out in the country, in Manchree North Dakota, I put down for release, if I was granted compassionat release or home confinement, if I was granted.

She had a only son, Paul White Owl Jr. My first cousin, who just told me, I was still welcome, to stay in her place if I get released. I was close to my Aunt Joann, she gave me my Grandpas Indian Name "Wolf Chief" to carry on. I've stay at her place before, and went to dialysis from there. After my grandparents passed away, she took care of me.

I only wish, I could of seen her before she left, or attended her funeral this Monday. I feel so bad + lost now, tired of going thru hardships. After my assualt on me, at my home in Eagle Butte, by those two guys. She's the one, who wanted me to move away, from that reservation, because of the violence going on there. This is how I ended up in Mandan, North Dakota. She paid for my first months rent, and deposits. My landlord Ernie, was a pastor for a church and worked part time at a church, then jailer. I told him of my mishap, that opened my eyes, wake up call, he started to come see me, at the hospital during the time of my amputation of my toe and later come to my apartment, for prayers and then I turned myself to God and quit using drugs and alcohol. This was before I was indicted, but quit a lil to late. At the same time, Lori Bad Tail Bear was calling my phone and still bothering me, for money to buy drugs. We had a no-contact order on my pre-trial release, so I let the lady Bobbi know, and my Attorney Katie know too. Bobbi asked for the number Lori was calling from, I gave it to her, and the next time I spoke with Bobbi, she said "Lori answered, and I talked to her and said "You can't be contacting Mr. Young Bird, you are on a no contact order." So Lori says "Okay I won't call him any more." But she ended up to come see

-me at Dialysis, in Bismarck, N.D. a couple of times, asking for money, cause she was drug sick, she was staying with her aunt in Bismarck. She even asked me to buy her a ticket to get to Iowa, where the investigators found her, right before my trial. I know it was illegal on her part, but she didn't care, I reported her, just in case, N/A Bobbi the Pre-Trail supervisor or my Attorney, Never said it was a violation, but Now I do know, it was. Lori lied up on the stand about me, she drove me a few times to go see my Aunt Joann, she liked Lori, for bringing me to come see her.

Lori's boyfriend and son who almost killed me, I have no more hard feelings Toward Them, because the God I worship says to Love and Forgive, Just as my Aunt told me before, thats its not right to hold grudges it will make you sick and not right in Gods Eyes.

I can't make it to her wake or funeral, so I called up my daughter Diandra Belva & asked her to go for me, she's a dispatcher for Newtown Police Department and is going to Artesia, New Mexico, for Police Training, I'm so proud of her.

We usually have a Traditional Ceremony, for the oldest, I'm the oldest grandson, and should be there. My Grandpa Aaron Widdy, and Grandpa Kenneth Little Thunder, past away too a couple Months ago, on my mothers side, they were both veterans in the World War II. I've had a couple close cousins & sister Carmen Charger die too, a few classmates, I just can't believe it, how many are gone before me. I'm in the same shape as my Aunt Joann, so I'm preparing myself to go too, especially this Corona virus, will take me when I get it.

That Reminds me, I put in another Motion for compassionate Release, but never heard anything back yet. This time I've done some Research on how BOP, is making up there own rules, next to Congress own laws, for the First Step, and Cares Act.

Well, I better end the letter Now, I would of applied for a furlough to attend her wake + funeral but don't know if you'd approve of it. I'm not sure yet if your prejudice toward natives or being a misconduct of a Judge, either way, I got to give you best good will of thoughts, your not either. God Bless you.

Sincerely,
Waylon Huneyford

WAYLON M. YOUNGBIRD
04082-083
MCFP PO BOX 4000
SPRINGFIELD, MISSOURI 65801

WAYLON M. YOUNG BIRD
04082-073

Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
10 AUG 2020 PM 3 L

To: HONORABLE CHIEF JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURT, DISTRICT OF SOUTH DAKOTA
225 S. PIERRE STREET FEDERAL BUILDING
PIERRE, SOUTH DAKOTA 57501

LEGAL MAIL