Honorable Chief Judge Roberto A. Lange
8th Circuit Court - District of South Dakota
C/O Clerk of Courts, 225 S Pierre Street.
Pierre, South Dakota 57501

August 18, 2020

Honorable Chief Judge Roberto A. Lange,

I am writing to update more cases of the Corona-Virus spreading through this facility. I don't know how many cases exactly, we have a new warden here, but has not briefed us how many cases are here. It was told to us, that the staff or US Marshals have infected some inmates. Along with Asthma and other health conditions, I know have COPD (Chronic Obstructive Pulmonary disease) and CRI (Chronic Renal insufficiency) and Cateracts in both eyes, I'm to have them removed, at a later date.

I've been just staying away from other inmates, because of the Corona-virus (Covid 19) I'm worried about catching this virus, I may not be able to come through, if I'm infected. I'm sending a few papers about my medications I take and discharge papers, when I was in the hospital Mercy, back in June 2020. I was in there for chest pains and pneumonia, I had it couple years ago, got a history of that.

I just got back from dialysis, so not feeling to well, so I'll send this to your clerk of courts. I do hope you reconsider my compassionate release or home confinement, I pray daily that you will. Thank you

Respectfully,
Waylon
Young Bird

Waylon M. Young Bird
Medical Center for Federal Prisoners
PO Box 4000
Springfield, Missouri 65801

# Young Bird, Waylon

MRN: E1404622925

**Virji, Narius Aresh, MD**  Discharge Summary  Date of Service: 6/24/2020  1:36 PM
Physician  Signed
Specialty: Hospitalists

### Mercy Hospitalist- Discharge Summary

| Waylon Young Bird 52 y.o. male 6/14/1968<br>CSN: 217833896<br>Date of Admission: 6/22/2020<br>Date of Discharge: 6/24/2020 | **Discharging Physician:** Narius A Virji, MD<br>*PCP:* Center, Federal Medical<br>LOS: 2 days |
|---|---|
| **Code Status at Discharge:** *Full Code* | *Dispo:* Federal Medical center |
| **Labs and studies from this hospitalization needing follow up:**<br>• None | *Follow-up:* You must follow up with Center, Federal Medical in 1 week |

**Discharge Condition:** stable

**Primary Discharge Diagnosis:**
HCAP (healthcare-associated pneumonia)

**Other Active medical issues also addressed during this admission:**
**Active Hospital Problems**
  Diagnosis
- HCAP (healthcare-associated pneumonia) due to suspected gram-negative and gram-positive organisms
- Prolonged Q-T interval on ECG
- Dyspnea
- Elevated troponin
- Ground glass opacity present on imaging of lung
- Chronic combined systolic and diastolic heart failure
- HTN (hypertension)
- Chest pain
- Diabetes mellitus
- COPD (chronic obstructive pulmonary disease)
- CRI (chronic renal insufficiency)

**Resolved Hospital Problems**
No resolved problems to display.

**HOSPITAL COURSE:**
Please see H and P for full details on admission, symptoms and initial care.
52 y.o. male patient with past medical history significant for chronic dialysis, diabetes, systolic and diastolic heart failure, hypertension, other, states that he fell out of bed and awakened short of breath. Patient reported having been coughing for the past few days, at times with dark-colored sputum but without blood described.
 Patient stated that his last bowel movement was a couple days ago but he has felt constipated otherwise. Patient also had low-grade temperature.

Patient stated that he has been "coughing for 3 weeks". Patient stated that it has become progressively worsened. He has heard of the phrase COPD but states he does not know of him having it. He did admit to smoking in the past.

Regard to patient's chest discomfort, patient stated that his chest pain was intermittent. It was worse on the day of admission. It has been in the center of his chest without radiation. He stated that at times it is worse with

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | |
|---|---|---|---|
| Complex: SPG--SPRINGFIELD USMCFP | | Begin Date: 08/06/2020 | End Date: 08/06/2020 |
| Inmate: YOUNG BIRD, WAYLON | | Reg #: 04082-073 | Quarter: S03-006L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**
**Allergies:** Denied

## Active Prescriptions

Acetaminophen 325 MG Tab
Take two tablets (650 MG) by mouth twice daily AS NEEDED to help alleviate pain from chronic pain issues
  **Rx#:** 587840-SPG    **Doctor:** Pazera, Joseph PA-C
  **Start:** 07/20/20    **Exp:** 09/18/20    **Pharmacy Dispensings:** 120 TAB in 17 days

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
**Shake well** Inhale 2 puffs by mouth four times a day as needed for shortness of breath. also wheezing/cough
  **Rx#:** 585686-SPG    **Doctor:** Moose, S. MD
  **Start:** 06/25/20    **Exp:** 06/25/21    **Pharmacy Dispensings:** 25.5 GM in 42 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth each evening
  **Rx#:** 585687-SPG    **Doctor:** Moose, S. MD
  **Start:** 06/24/20    **Exp:** 06/24/21    **Pharmacy Dispensings:** 50 tab in 43 days

Carbidopa/Levodopa 10/100 MG Tab
Take one tablet by mouth each evening for Restless leg syndrome
  **Rx#:** 585688-SPG    **Doctor:** Moose, S. MD
  **Start:** 06/24/20    **Exp:** 09/22/20    **Pharmacy Dispensings:** 50 TAB in 43 days

Carvedilol 3.125 MG Tab
Take one tablet (3.125 MG) by mouth twice daily
  **Rx#:** 585690-SPG    **Doctor:** Moose, S. MD
  **Start:** 06/24/20    **Exp:** 06/24/21    **Pharmacy Dispensings:** 100 TAB in 43 days

Chlorhexidine Gluc Oral Soln 0.12% (Non-Alcohol)
Swish 15 ml by mouth three times daily after meals for 7 days  Swish for 30 seconds.  Spit out rinse.  DO NOT eat, drink or rinse out mouth for 30 minutes following application
  **Rx#:** 589001-SPG    **Doctor:** Nelson, A. DDS, FAGD
  **Start:** 08/03/20    **Exp:** 08/10/20    **Pharmacy Dispensings:** 473 ML in 3 days

Citalopram 20 MG Tab
Take one tablet (20 MG) by mouth each day ***self carry***
  **Rx#:** 585719-SPG    **Doctor:** Moose, S. MD
  **Start:** 07/01/20    **Exp:** 12/28/20    **Pharmacy Dispensings:** 46 TAB in 36 days

## Active Prescriptions

diphenhydrAMINE 25 MG Cap UD
Take one capsule (25 MG) by mouth twice daily AS NEEDED at any pill line ***pill line***
**Rx#:** 585693-SPG  **Doctor:** Moose, S. MD
**Start:** 06/24/20  **Exp:** 12/21/20  **Pharmacy Dispensings:** 0 cap in 43 days

Isosorbide Mononitrate ER 30 MG 24 hour Tab
Take one tablet (30 MG) by mouth daily hold if SBP is less then 140
**Rx#:** 585700-SPG  **Doctor:** Moose, S. MD
**Start:** 06/24/20  **Exp:** 06/24/21  **Pharmacy Dispensings:** 50 TAB in 43 days

Loperamide Capsule 2 MG
Take one capsule (2 MG) by mouth twice daily AS NEEDED at any pill line ***pill line***
**Rx#:** 585702-SPG  **Doctor:** Moose, S. MD
**Start:** 06/25/20  **Exp:** 12/22/20  **Pharmacy Dispensings:** 0 CAP in 42 days

Losartan potassium 25 MG Tab
Take one tablet (25 MG) by mouth each evening HOLD if SBP is less then 148
**Rx#:** 585704-SPG  **Doctor:** Moose, S. MD
**Start:** 06/24/20  **Exp:** 06/24/21  **Pharmacy Dispensings:** 50 tab in 43 days

Naproxen 500 MG Tab
Take one tablet (500 MG) by mouth every twelve hours AS NEEDED chronic back pain (Ortho) ***pill line***
**Rx#:** 586864-SPG  **Doctor:** Brown, Maxine APRN-C
**Start:** 07/08/20  **Exp:** 01/04/21  **Pharmacy Dispensings:** 0 TAB in 29 days

Sevelamer Carbonate 800 MG Tab
Take five tablets (4000 MG) by mouth three times daily with meals---Take two tablets (1600 MG) with all snacks
**Rx#:** 585707-SPG  **Doctor:** Moose, S. MD
**Start:** 06/25/20  **Exp:** 12/22/20  **Pharmacy Dispensings:** 540 Tab in 42 days

Vitamin B with C Tab [Nephro-vite]
Take one tablet (0.8 MG) by mouth each day
**Rx#:** 585715-SPG  **Doctor:** Moose, S. MD
**Start:** 06/24/20  **Exp:** 06/24/21  **Pharmacy Dispensings:** 50 TAB in 43 days

Cholecalciferol (Vit D) 2000 UNIT (50 mcg) Tab
Take one tablet (2000 UNIT) by mouth each day for vitamin D
**Rx#:** 585691-SPG  **Doctor:** Moose, S. MD
**Start:** 06/24/20  **Exp:** 06/24/21  **Pharmacy Dispensings:** 50 TAB in 43 days

Darbepoetin Alfa (Albumin Free) 60 MCG/ML
*Dialysis* Inject 60 mcg IV weekly on TUESDAY ***pill line***
**Rx#:** 585695-SPG  **Doctor:** Moose, S. MD

## Active Prescriptions

**Start:** 06/25/20  **Exp:** 12/22/20  **Pharmacy Dispensings:** 0 ml in 42 days

Ferric Gluconate 62.5MG/5ML INJ
**DIALYSIS** Inject 125MG IV weekly on Thursdays ***pill line***
**Rx#:** 585765-SPG  **Doctor:** Pazera, Joseph PA-C
**Start:** 06/25/20  **Exp:** 10/23/20  **Pharmacy Dispensings:** 0 ML in 42 days

Insulin NPH (10 ML) 100 UNITS/ML INJ
Inject 6 units of NPH insulin subcutaneously each morning ***pill line***
**Rx#:** 585697-SPG  **Doctor:** Moose, S. MD
**Start:** 06/25/20  **Exp:** 06/25/21  **Pharmacy Dispensings:** 0 ML in 42 days

Insulin NPH (10 ML) 100 UNITS/ML INJ
Inject 4 units of NPH insulin subcutaneously each evening ***pill line***
**Rx#:** 585698-SPG  **Doctor:** Moose, S. MD
**Start:** 06/25/20  **Exp:** 06/25/21  **Pharmacy Dispensings:** 0 ML in 42 days

Insulin Reg (10 ML) 100 UNITS/ML Inj
Inject regular insulin subcutaneously per sliding scale: four times daily if BS is 200 -250 give 2 U ;251-300 -3u; 301-350 - 4u ;351-400 - 6u ; 401-450 - 8u; over 451 give 10 units and call the MOD ***pill line***
**Rx#:** 585699-SPG  **Doctor:** Moose, S. MD
**Start:** 06/25/20  **Exp:** 06/25/21  **Pharmacy Dispensings:** 0 ML in 42 days

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 10/22/2019 11:41 EST  Moose, S. MD | | ICD-10 | Z1211hx | 2019 | Current | |
|    10-10-19 C-scope ascending sessile, adenomatous polyps: 2&4mm compete resxn.; recheck 2024 | | | | | | |
| Patient's noncompliance with other medical treatment and regimen | | | | | | |
| 04/22/2020 14:01 EST  Moose, S. MD | | ICD-10 | Z9119 | 2019 | Current | |
|    BP/DM meds | | | | | | |
| 03/31/2020 13:29 EST  Wilson, A. MD | | ICD-10 | Z9119 | 03/31/2020 | Current | |
|    non compliant having accu checks and insulin | | | | | | |
| Dependence on renal dialysis | | | | | | |
| 04/22/2020 14:01 EST  Moose, S. MD | | ICD-10 | Z992 | 2016 | Current | |
|    access: LLA AV fistula | | | | | | |
| 07/24/2019 16:11 EST  Pazera, Joseph PA-C | | ICD-10 | Z992 | 07/24/2019 | Current | |
|    access  is a L forearm fistula | | | | | | |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Unspecified bacterial pneumonia | | | | | | |
| 07/28/2020 08:38 EST  Moose, S. MD | | ICD-10 | J159 | 06/24/2020 | Resolved | 07/28/2020 |
|    06-20 pneumonia admit; back on Levaquin PO | | | | | | |
| 06/25/2020 08:26 EST  Moose, S. MD | | ICD-10 | J159 | 06/24/2020 | Current | |
|    06-20 pneumonia admit; back on Levaquin PO | | | | | | |
| 06/24/2020 17:50 EST  Pazera, Joseph PA-C | | ICD-10 | J159 | 06/24/2020 | Current | |
|    Healthcare associated per report | | | | | | |
| Acute bronchitis, unspecified | | | | | | |
| 04/22/2020 14:02 EST  Moose, S. MD | | ICD-10 | J209 | 10/15/2019 | Resolved | 04/22/2020 |
|    acute bronchitis, has become chronic:  add albuterol | | | | | | |
| 11/05/2019 16:05 EST  Pazera, Joseph PA-C | | ICD-10 | J209 | 10/15/2019 | Remission | 11/05/2019 |
|    acute bronchitis, has become chronic:  add albuterol | | | | | | |
| 11/05/2019 11:16 EST  Lear, K. MD | | ICD-10 | J209 | 10/15/2019 | Current | 11/05/2019 |
|    acute bronchitis, has become chronic:  add albuterol | | | | | | |
| 10/22/2019 11:38 EST  Moose, S. MD | | ICD-10 | J209 | 10/15/2019 | Resolved | 10/22/2019 |
| 10/15/2019 14:17 EST  Pazera, Joseph PA-C | | ICD-10 | J209 | 10/15/2019 | Current | |
| Dental root caries | | | | | | |
| 07/27/2020 13:40 EST  Nelson, A. DDS, FAGD | | ICD-10 | K027 | 08/28/2019 | Resolved | 10/22/2019 |
| 10/22/2019 11:38 EST  Moose, S. MD | | ICD-10 | K027 | 08/28/2019 | Resolved | 10/22/2019 |
|    possible dental inflammation with developing abscess | | | | | | |
| 08/28/2019 13:09 EST  Pazera, Joseph PA-C | | ICD-10 | K027 | 08/28/2019 | Current | |
|    possible dental inflammation with developing abscess | | | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 04/22/2020 14:01 EST  Moose, S. MD | | ICD-10 | F489 | Unknown | Current | |
|    on Celexa; MH sees | | | | | | |
| 07/25/2019 10:52 EST  Kirsch, Edwin PA | | ICD-10 | F489 | 07/25/2019 | Current | |
| **Restless legs syndrome** | | | | | | |
| 05/12/2020 12:28 EST  Moose, S. MD | | ICD-10 | G2581 | 2020 | Current | |
|    on Sinemet | | | | | | |
| 04/22/2020 14:01 EST  Moose, S. MD | | ICD-10 | G2581 | 2020 | Current | |
| 03/31/2020 13:44 EST  Wilson, A. MD | | ICD-10 | G2581 | 03/31/2020 | Current | |
| **Polyneuropathy, unspecified** | | | | | | |
| 05/12/2020 12:28 EST  Moose, S. MD | | ICD-10 | G629 | 2020 | Current | |
|    painless numbness | | | | | | |
| 04/22/2020 14:01 EST  Moose, S. MD | | ICD-10 | G629 | 2020 | Current | |
| 03/31/2020 14:44 EST  Wilson, A. MD | | ICD-10 | G629 | 03/31/2020 | Current | |
| **Essential (primary) hypertension** | | | | | | |
| 04/22/2020 14:01 EST  Moose, S. MD | | ICD-10 | I10 | Unknown | Current | 11/05/2019 |
|    on Coreg, Isosorbide, Losartan | | | | | | |
| 03/31/2020 13:40 EST  Wilson, A. MD | | ICD-10 | I10 | 07/24/2019 | Current | 11/05/2019 |
|    variable on Carvedilol 25 bid, Losartan 25 qd | | | | | | |
| 07/24/2019 16:10 EST  Pazera, Joseph PA-C | | ICD-10 | I10 | 07/24/2019 | Current | |
|    new pt. diagnosis | | | | | | |
| **Heart failure** | | | | | | |
| 04/22/2020 14:01 EST  Moose, S. MD | | ICD-10 | I509 | Unknown | Current | |
|    10-19 Echo LVEF 40%, LVH, mod LVDD; 09-19 Holter WNL; no Sx correlation | | | | | | |
| 03/31/2020 16:13 EST  Wilson, A. MD | | ICD-10 | I509 | 08/02/2019 | Current | |
|    Hx CHF on Isosorbide, 24-hr Holter monitor 9-19: no dysrhythmias, no correlation with pt's Sx, Echo 10-19: EF 40%, LVH, mod diastolic dysfunction, | | | | | | |
| 03/31/2020 13:41 EST  Wilson, A. MD | | ICD-10 | I509 | 08/02/2019 | Current | |
|    Hx CHF on Isosorbide, 24-hr Holter monitor 9-19: no cardiac dysrhythmias, no correlation with pt's Sx | | | | | | |
| 09/20/2019 14:53 EST  Lear, K. MD | | ICD-10 | I509 | 08/02/2019 | Current | |
|    Hx CHF, 24-hr Holter monitor 9-19: no cardiac dysrhythmias, no correlation with pt's Sx | | | | | | |
| 08/02/2019 15:54 EST  Lear, K. MD | | ICD-10 | I509 | 08/02/2019 | Current | |
|    Hx CHF | | | | | | |
| **Asthma** | | | | | | |
| 04/22/2020 14:01 EST  Moose, S. MD | | ICD-10 | J45909 | 2010 | Current | |
|    on PRN albuterol | | | | | | |

Patient has Prolonged Q-T interval on ECG; Dyspnea; Elevated troponin; HTN (hypertension); Chest pain; Diabetes mellitus; COPD (chronic obstructive pulmonary disease); CRI (chronic renal insufficiency); Ground glass opacity present on imaging of lung; and Chronic combined systolic and diastolic heart failure on their problem list.

## ALLERGIES
Patient has no known allergies.

## HOME MEDICATIONS
## Current Discharge Medication List

### CONTINUE these medications which have NOT CHANGED

|  | Details |
|---|---|
| carbidopa-levodopa (SINEMET) 10-100 mg tablet | Take 1 Tablet by mouth daily at bedtime. |
| diphenhydrAMINE (BENADRYL) 25 mg tablet | Take 25 mg by mouth 2 times daily. |
| ivermectin (STROMECTOL) 3 mg Tablet | Take by mouth one time only. |
| atorvastatin (LIPITOR) 40 mg tablet | Take 40 mg by mouth daily with supper. |
| carvedilol (COREG) 6.25 mg tablet | Take 6.25 mg by mouth 2 times daily with meals. Take one half tab twice daily with meals |
| darbepoetin alfa (ARANESP) 40 mcg/0.4 mL Syringe | Inject 60 mcg by subcutaneous injection every 7 days. Inject Mon Wed and Fri with Dialysis |
| !! insulin NPH human isophane (NPH INSULIN HUMAN RECOMB SUBCUT) | Inject 6 Units by subcutaneous injection. Inject 6 units subcutaneously each morning |
| !! insulin NPH human isophane (NPH INSULIN HUMAN RECOMB SUBCUT) | Inject 4 Units by subcutaneous injection. Inject 4 units each evening |
| insulin regular (HUMULIN R,NOVOLIN R) 100 unit/mL vial | Inject by subcutaneous injection 4 times daily before meals and at bedtime. Per sliding scale:<br>200-250 = 2 units<br>251+-300=3 units<br>301-350= 4 units<br>351-400= 6 units<br>401-450= 8 units<br>Over 451= 10 units and call MOD |
| isosorbide mononitrate (IMDUR) 30 mg Extended Release 24 hour tablet | Take 30 mg by mouth daily early morning. |
| loperamide (IMODIUM) 2 mg capsule | Take 2 mg by mouth 1 time daily as needed for Diarrhea/Loose Stools. Give PRN before dialysis as needed or once daily on non dialysis days |
| losartan (COZAAR) 50 mg tablet | Take 25 mg by mouth daily. |
| naproxen (NAPROSYN) 500 mg tablet | Take 500 mg by mouth 2 times daily with meals. |
| sevelamer HCl (RENAGEL) 800 mg tablet | Take 800 mg by mouth 3 times daily. Take five tablets (4000 mg) by mouth three times daily with meals |
| vit B cmplx 3-FA-Vit C-Biotin (RENAVITE-RX RX) 1-60-300 mg-mg-mcg Tablet | Take 1 Tablet by mouth daily. |

!! - Potential duplicate medications found. Please discuss with provider.

### STOP taking these medications

WAYLON M. YOUNG BIRD
04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000



SPRINGFIELD MO
21 AUG 2020 PM

To Honorable Chief Judge Roberto A. Lange
8th Circuit Court District of South Dakota
c/o Clerk of Courts 225 S. Pierre Street
U.S. Federal Building
Pierre, South Dakota =57501=

LEGAL MAIL

08/22