HONORABLE CHIEF JUDGE ROBERTO A. LANGE
8TH CIRCUIT COURTS DISTRICT OF SOUTH DAKOTA
225 S. PIERRE STREET - US FEDERAL BUILDING
PIERRE, SD 57501

SEPT. 03 2020

DEAR HONORABLE CHIEF JUDGE ROBERTO A LANGE,

I RECIEVED YOUR LETTER OF DENIAL TO MY COMPASSIONATE RELEASE/RE-DUCTION OF SENTENCE, I WASNT SUPRISED YOU DENIED ME AGAIN.

I DONT FEEL UPSET, BECAUSE IM STILL FEELING BAD ABOUT LOSING MY AUNT JOANN. I PRAY FOR HER EVERYDAY, AT OUR EVENING PRAY GROUP, SHE WAS ASKING ABOUT ME BEFORE SHE PAST AWAY. MY OLDEST DAUGHTER ATTENDED HER FUNERAL FOR ME.

MY CARE PROVIDER, ASKED WHY IM GETTING DENIED FOR COMPASSIONATE RELEASE, I JUST TOLD HIM, I MUST NOT BE DOING SOMETHING RIGHT. MY INDIAN FRIEND HERE, SAYS "MAYBE HE DOESNT LIKE YOU, OR INDIANS" I DONT KNOW, IF YOU ARE OR NOT. I DO KNOW THAT ALOT OF INDIANS, GO BEFORE YOU, AND YOU PROBLY THINK WE ARE THE SAME. WITH THE THINGS GOING ON IN THIS WORLD TODAY, I HAVE TO ASK, BECAUSE IF YOU ARE, I MAY HAVE TO FILE A MISCONDUCT OF A JUDGE AND APPOINT ANOTHER ONE WHO KNOWS OUR LIVES MATTER TOO, BUT IM NOT SURE YOUR THAT WAY. IF YOU DONT KNOW HOW SERIOUS THE CORONA-VIRUS (COVID 19) IS, IF SOMEONE LIKE ME, WITH MY HEALTH CONDITIONS CATCHES THIS VIRUS I MAY DIE, AND I DONT WANT TO DIE HERE.

IM NOT SCARED TO DIE, ITS JUST IM GOING TO, SOME DAY SOON BUT RATHER BE AROUND MY FAMILY AND PEOPLE, WOULDNT YOU? GOD'S PROMISE TO HAVE ENTERNAL LIFE, IF YOU BELIEVE IN HIM AND FOLLOW HIS WAYS, YOU DONT HAVE TO BE SCARED OR FEAR DEATH. I SEE ALOT OF DEATH COMING SOON, HERE AND THERE, THATS WHEN, NOT ONLY YOU, WILL BE JUDGED FOR JUDGING OTHERS. READY OR NOT, THIS TIME IS COMING VERY SOON, THE WRATH OF OUR DEAR SAVIOR JESUS.

I CANT GIVE UP TRYING TO GET HOME, I PUT MY TRUST IN THE LORD, MY DESTINY IS IN HIS HANDS. MY GRANDPARENTS RAISED ME NOT TO BE RACIAL, BUT IVE LIVED WITH IT ALL MY LIFE AND SEEING IT DONE TO MY PEOPLE, EVEN WAY BEFORE MY TIME IS A TOTAL DISGRACE TO THIS NATION, ITS NOT TOO LATE TO MAKE A CHANGE, AND A DIFFERENCE, IN THIS OUT OF CONTROL WORLD. GOD BE WITH YOU SIR.
(ANDREA CIRCLE BEAR R.I.P.)

WAYLON M. YOUNG BIRD
10408-273 MCFP
PO BOX 4000
SPRINGFIELD, MISSOURI
65801

RESPECTFULLY,
Waylon Youngbird

WAYLON M. YOUNG BIRD
04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
04 SEP 2020 PM 3 L



TO: HONORABLE CHIEF Judge Roberto A. LANGE
8TH CIRCUIT COURTS- District of South Dakota
225 S. Pierre Street - Federal Building
Pierre, South Dakota 57501

LEGAL MAIL

5750132478 C013