HONORABLE CHIEF JUDGE
ROBERTO A. LANGE
CLERKS OFFICE, U.S. DISTRICT COURT
ANDREW W. BOGUE FEDERAL BUILDING
AND UNITED STATES COURTHOUSE
515 NINTH STREET, ROOM 302
RAPID CITY, SOUTH DAKOTA 57701

SEPT. 20, 2020

DEAR HONORABLE CHIEF JUDGE ROBERTO A. LANGE

IN RESPONSE TO YOUR LETTER DENYING MY RECONSIDER MOTION, FOR COMPASSIONATE RELEASE/REDUCTION OF SENTENCE. AS YOU ALREADY KNOW, I SENT DOCUMENTATION OF DIAGNOSED WITH CHRONIC OBSTRUCTIVE PULMONARY DISEASE (C.O.P.D.) AND NOW, AT LAST STAGE 5 OF CHRONIC KIDNEY DISEASE. ALL MY UNDERLYING MEDICAL HEALTH CONDITIONS ARE SERIOUS, SO IS THE CORONA VIRUS (COVID 19) WE NOW HAVE MORE INMATES AND STAFF INFECTED IN THIS FACILITY, I'M IN A UNIT, WHERE ALL PATIENTS NEED A NURSE PRESENT 24 HOURS CARE. WE ARE STILL ON LOCKDOWN QUARATINE, DUE TO MORE CASES OF THE CORONA VIRUS, OVERCROWDING IS STILL A FACTOR, NO SOCIAL DISTANCING IS PRACTICE, JUST UNLESS, THE B.O.P CENTRAL OFFICE PERSONEL, COMES THROUGH TO CHECK IF THE FACILITY IS FOLLOWING PROCEDURE. I WAS IN A DORM UNIT WITH JUST A COUPLE OTHERS IN THERE, WITH NO TV, BUT NOW MOVED NEXT DORM UNIT OVER, WHERE IT'S MORE CROWDED, BUT IT HAS A TV. I'M MORE WORRIED NOW OF CATCHING THIS CORONA VIRUS, MY P.A. SAYS, HE CAN WRITE ME A SUPPORT LETTER, TO LET YOU KNOW, HOW SERIOUS IT IS, IF SOMEONE IN MY CONDITION CATCHES THIS VIRUS. WE ARE SUPPLIED WITH MASKS, I WEAR MINE EVERY WHERE. I FEEL LIKE I'M GOING CRAZY, BECAUSE THERE'S NOTHING TO DO ON THIS UNIT. THERE IS NO TYPE OF PROGRAMING GOING ON, THE B.O.P. PAYS FOR 500 MINUTES OF PHONE TIME, SO I AT LEAST GET TO CALL MY KIDS AND MY MOTHER. MY SISTER IN RAPID CITY SD WRITES ME. MY MOTHER IS 73 AND JUST HAD A SCARE OF HAVING BREATHING PROBLEMS AND STARTED CRYING ON THE PHONE TO ME, ABOUT DYING AND WORRIED FOR US, IT REALLY MADE ME FEEL BAD. I STILL PRAY, THAT I MAKE IT OUT TO BE WITH MY MOTHER AND FAMILY. I'M SO TIRED AFTER DIALYSIS, SOMETIMES FEEL LIKE I'M GOING TO DIE, BECAUSE DIALYSIS STAFF PULL TOO MUCH FLUID OFF THAT MIGHT KILL US, IF OUR BLOOD PRESSURE GOES TO LOW, I ALREADY BEEN TOLD, THAT I COULD OF DIED BEFORE, BECAUSE MY BLOOD PRESSURE FELL TO 73/42, BUT WAS CONSIDERED LUCKY I REPORTED NOT FEELING WELL ON TIME. I CONSIDER MYSELF LUCKY, THAT I'M STILL ALIVE, NOBODY CARES IF YOU DIE OR NOT HERE, ITS THE SURVIVAL OF THE FITESS IT SEEMS. I DON'T EVEN KNOW WHY THEY HAVE COUNSELERS AND CASEWORKERS THEY DON'T EVEN TRY TO HELP ANYONE, BUT JUST KEEP US HERE. I HEARD MY COUNSELER SAY THAT I DON'T KNOW WHY THEY PUT US THROUGH ADMINSTRATIVE REMEDIES BECAUSE THE PRISON OR B.O.P. HAS NO AUTHORITY TO REDUCE ANYONES TIME, BUT THE JUDGE AND CONGRESS. THERE'S NO LIMIT ON PUTTING IN A COMPASSIONATE RELEASE SO I'LL BE FILING AGAIN, I CAN'T GIVE UP HOPE.

As far as being a danger to the community or others, I don't think so. My health care provider laughed, that I can barely get around. I understand the government has negative things to say about me, and my past, but according to my beliefs, I deserve a second chance, sick or not, and being a recovering addict, I learned that it's ok to start your life over, and do whatever it takes to maintain sobriety.

My release plan was not to return to the community I was indicted from, but to start fresh elsewhere, and be successful to stay out of trouble and keep sobriety. I realize I have a past and feel far from it, because I paid for my violations and time, way back then, I'm born again, and can only look to my future, and make amends to my past. I realize the seriousness of my crime, and just want to move on. Just pray to be forgiven of my wrong doings.

I watch the news everyday, and see the federal government getting more and more corrupt to racial injustices, it just goes to show nobody's perfect. It seems like the government is into alot things, that aint right. Again, I fit the criteria of the CDC requirements, to be at high risk of contracting the corona virus, I'm also eligible under the First Step Act revised in July 2020 and the CARES Act too, reguardless what the U.S. Attorney's have to say, good or bad about me. I have "extraordinary and compelling" reasons for my chronic medical conditions. My care, for myself is diminishing fast. My nuerothopathy has my fingers + feet numb or no feeling and can't even button my shirt or pants, my balance is bad standing, to shower or bath myself, is a chore itself. My ability to stand very long, is short because of my chronic back pain. Things are getting worst and not looking good to recover. I pledge to never to go back to drugs or alcohol, because it would only detieriate my health faster, like amputations, or sudden death. I really don't like to ask for help because I was raised that way but lately I have. I had a couple falls, not to long ago, injured my left knee it barely healed. I'm sending a cop out I recieve over a week ago, reguarding appeals to the compassionate release / RIS I filed, the warden says the appeal I sent to the BOP never responded, or that I past the limitation to appeal. Alot of talk of we should get some type of credit for just sitting here, waiting for the facilities programs to start back-up. I was doing good going to A.A. + N.A. classes, finishing a RDAP class, attending church + sweat lodge ceremonies as much as I can.

3

I WAS IN A KNOW YOUR RIGHTS CLASS, IN THE LAW LIBARERY BEFORE WE WERE PUT ON A QUARATINE LOCK DOWN IN MARCH 20.20. I SENT YOU ALL MY CERTIFICATES I'VE RECIEVED. MY EVENING PRAYER GROUP IS STILL GOING ON, AFTER EVENING COUNT. I HOPE THIS LETTER FINDS YOU IN GOOD STANDINGS, GOD BLESS YOU.

Respectfully,
Waylon Young Bird

WAYLON M. YOUNG BIRD
MCFP  PO BOX 4000
SPRING FIELD, MISSOURI
65801

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE
PRISONS
FEDERAL BUREAU OF

| TO: WARDEN | DATE: AUG 17 2020 |
|---|---|
| FROM: WAYLON YOUNGBIRD | REGISTER NO.: 04082-073 |
| WORK ASSIGNMENT: N/A | UNIT: 1D-3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I AM REQUESTING TO RENEW MY Compassionate Release, I filed before, but was denied twice by WARDEN ON 11/19/19 AND on 5/23/20 AND appealed to BOP but it's been almost 2 months, and haven't heard from anyone. I'm very worried about catching the Corona virus, I'm a very High Risk patient, with the CDC's underlying health conditions that make me eligible. I was denied before from my Judge because at the time there was no cases of corona-virus and I didn't exhaust my admin. remedies. My P.A. says I'm eligible and dialysis nurses too. I'm a care level 4, Low Level Inmate, and Non-Violent Crime. Bill Barr the attorney general, would say I Qualify.

(Do not write below this line)

DISPOSITION:

THE Computer indicates you appealed your 1st Reduction in Sentence (only a BP-9) But never appealed your 2nd denial dated 5/19/2020. You have 20 days to appeal that denial. You must file in Court, since you have past your time to appeal with the Bureau of Prisons.

Signature Staff Member [signature]

Date 8-28-2020

Record Copy - File Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Waylon M. Young Bird
#04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

X-RAYED BY
SOUTH DAKOTA
CSO

Legal Mail

SPRINGFIELD MO 658
24 SEP 2020 PM 3 L



To Honorable Chief Judge Roberto A. Lange
Clerks Office, US District Court
Andrew W. Bogue Federal Building
and United States Court House
515 Ninth Street, Room 362
Rapid City, South Dakota 57701

57701-244099



LEGAL MAIL