Honorable Chief Judge
Roberto A. Lange
8th Circuit Courts District of South Dakota
Clerk of Courts, US Federal Building
225 S Pierre Street
Pierre, South Dakota 57501

Oct. 16, 2020

Dear Honorable Chief Judge Roberto A. Lange

Just a few lines to let you know, we are on a triple lock down now, we have over 30 some cases of Corona virus in 3 different buildings now, mostly inmates infected and 16 staff infected, one staff in I.C.U.

The unit I'm in is a 24 hr. care unit, alot of us are worried for ourselves and our families. We feel like sitting ducks, waiting for the virus to come and infect us. I'm having anxiety & depression over this, I wrote the warden to let people go who qualify for home confinement or compassionate release, and who are not infected yet, and should be protected from this virus.

I know I qualify for home confinement & compassionate release, so I should be given a second chance, because I'm not any trouble here at this facility and was into doing as much programs I can, recently I signed up for parenting and doing good in this six week program.

All around the United States, it's getting worst, this Covid 19, Corona virus and it's very serious, some get it worst than others. I wish you'd reconsider to me getting home confinement at least, I can prove I'm going to be law abiding citizen and do good for myself, I'm no danger to others or the community, I'm not a terrible person, I've been in Federal custody over two years and no better, plus my health has deteriorated alot since then.

Please take my request into consideration, this matter is very serious to myself and the staff of this facility. Thank-you

Respectfully,

[signature]

W. YOUNG BIRD
04082-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
19 OCT 2020 PM 2 L

To, HONORABLE CHIEF JUDGE Roberto A. LANGE
8TH CIRCUIT COURTS DISTRICT OF SOUTH DAKOTA
CLERK OF COURTS OFFICE
225 SOUTH PIERRE STREET
US. FEDERAL BUILDING
PIERRE, SOUTH DAKOTA
=57501=

LEGAL MAIL