HONORABLE CHIEF JUDGE Roberto A. LANGE
CLERKS OFFICE, U.S. DISTRICT COURT
ANDREW W. BOGUE FEDERAL BUILDING
AND UNITED STATES COURTHOUSE
515 NINTH STREET, ROOM 302
RAPID CITY, SD. 57701

10-27-2020

DEAR HONORABLE CHIEF JUDGE Roberto A. LANGE

Just a update as to the major outbreak of the corona virus in this facility at Springfield, Missouri. All the units are infected, inmates and staff. On my unit 1-3 out of 80 some inmates tested 10-25-2020, all tested positive, and I was the lucky ones of 12 inmates, who tested negative, we are now seperated, from the positive inmates, we arent allowed to go anywhere out of our unit dorm, no phone calls or any other privileges, one other guy tested positive this morning, so he was moved from our unit.

I dont think staff here, have a protocol for procedure of this virus, because staff are infected, being amoungst positive & negative inmates and positive inmates are serving our food. A lot of staff arent coming to work, because of this virus outbreak. Im very worried about catching this virus, it wont be long til I get it. Im asking if you can put me on home confinement, through the cares act or second chance act, I dont no how to go about it and may need some assistance. Im affraid I may be infected by the time you recieve this letter. And would not be able to contact my family by then. Theres some inmates trying to give up saying they feel like they got this virus, some inmates and staff are in ICU in Mercy Hospital, the situation here isnt looking too good here. I just keep praying for my safety and when sentenced, this was not part of it. Please as a compassionate Judge, can you help me thru this situation. I was just told that were not going to be tested for awhile and going to wait til the rest of us test positive. I dont feel good about this at all.

Respectfully,

WAYLON M. YOUNGBIRD #04082-073
MCFP PO BOX 4000
SPRINGFIELD, MISSOURI 65801

WAYLON. M. YOUNGBIRD
#04082-073

Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658

3 NOV 2020 PM 3 L

To: HONORABLE Chief Judge Roberto A. Lange
Clerks Office, U.S. District Court
Andrew W. Bogue Federal Building
And United States Court House
515 Ninth Street, Room 302
Rapid City, South Dakota 57701

*Not 33

57701-146215

LEGAL MAIL

X-RAYED BY
SOUTH DAKOTA
CSO

