

**U.S. Department of Justice**
Federal Bureau of Prisons

U.S. Medical Center for Federal Prisoners
1900 W. Sunshine Street
Springfield, Missouri 65807

Office of the Warden

November 5, 2020

The Honorable Roberto Lange
United States District Court
District of South Dakota
400 S. Phillips Ave.
Sioux Falls, SD 57104

Re:  Young Bird, Waylon
    Reg. No.:   04082-073
    Case No.:   3:18CR30061-1

Dear Judge Lange:

    This letter is to inform you the above-named inmate died on November 4, 2020. Mr. Young Bird was pronounced dead at approximately 7:56 p.m., by staff at Mercy Hospital, Springfield, Missouri. His cause of death is COVID, heart failure, stage 5 chronic kidney failure and medical treatment non-compliance. Mr. Young Bird was sentenced in your court on May 14, 2019, to an aggregated sentence of 136 months on Count 1 and Count 2 for Conspiracy to Distribute a Controlled Substance and Possession with Intent to Distribute a Control Substance.

    If you need any additional information, please do not hesitate to contact Joe Davis, Executive Assistant, at (417) 862-7041, ext. 1214.

Sincerely,

J. E. Krueger
Warden

SCANNED
11/16/20

cc:   Central File
      B. von Blanckensee, Regional Director, NCRO
      Ronald A. Parsons Jr., U.S. Attorney, District of South Dakota
      Lynn M. Bowers USPO, District of South Dakota

RECEIVED
NOV 16 2020
U.S. PROBATION OFFICE
SIOUX FALLS, S. DAK.